## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH SCLAFANI, MICHAEL FEINSTEIN, and BRET CAPPOLA,<br><br>Plaintiffs,<br><br>CAROL A. MICI, in her official capacity as Commissioner of the Massachusetts Department of Corrections,<br>DOUGLAS DEMOURA, in his official capacity as Superintendent of MCI-Cedar Junction, and STEVE SILVA, in his official capacity as Superintendent of MCI-Norfolk,<br><br>Defendants. | C.A. No. |

### NOTICE OF APPEARANCE OF ROBERT FREDERICKSON III

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Robert Frederickson III of Goodwin Procter LLP as counsel of record for Plaintiffs Joseph Sclafani, Michael Feinstein, and Bret Cappola in the above-captioned matter.

Dated: December 19, 2019

Respectfully submitted,

/s/ *Robert Frederickson III*
Robert Frederickson III (BBO 670111)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
Fax: 617.523.1231
RFrederickson@goodwinlaw.com

*Attorney for Joseph Sclafani, Michael Feinstein, and Bret Cappola*

# CERTIFICATE OF SERVICE

I, Robert Frederickson III, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel of record who are not served through the CM/ECF system on December 19, 2019.

/s/ *Robert Frederickson III*
Robert Frederickson III (BBO 670111)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
Fax: 617.523.1231
RFrederickson@goodwinlaw.com

*Attorney for Joseph Sclafani, Michael Feinstein, and Bret Cappola*