# EXHIBIT 5



# Massachusetts Department of Correction

# Medication Assisted Treatment

Carol A. Mici
Commissioner

Jennifer A. Gaffney
Deputy Commissioner

# Medication Assisted Treatment Reentry Initiative (MATRI)

## Since the MA DOC inception in September 2014:

- 4,945 offenders have been screened for MATRI;

- Of those screened, 4,539 (92%) of offenders meet the Department's eligibility criteria;

- To date, 677 offenders received a pre-release Vivitrol injection;

Approximately 77% of offenders who received a pre-release Vivitrol injection engaged in some form of treatment post-release.



**MATRI Completions by Calendar Year**

| CY14 | CY15 | CY16 | CY17 | CY18 | CY19 |
|------|------|------|------|------|------|
| 10   | 64   | 100  | 194  | 187  | 122  |

# Care Act

- Commonwealth of Massachusetts, the Commonwealth enacted Chapter 208 of the Acts of 2018, An Act for Prevention and Access to Appropriate Care and Treatment of Addiction (often referred to as the CARE Act).

- Required for those that were receiving opioid agonist or partial treatment immediately preceding incarceration for the first 90 days of incarceration

- During the last 90 days pursuant to a re-entry plan

- The CARE Act requires the Department to provide Inmates treatment for an opioid-related substance use disorder that:
  - (i) is determined to be medically necessary by a qualified addiction specialist;
    (ii) involves the use of medication that is approved by the federal Food and Drug Administration for treatment of an opioid-related substance use disorder;
    (iii) is offered in accordance with a treatment plan that is reviewed by a qualified addiction specialist at a frequency consistent with appropriate clinical standards;

# Pilot Sites



Vivitrol is currently available across the entire system

Buprenorphine is currently administered at the following Locations:
- Massachusetts Alcohol and Substance Abuse Center (MASAC)
- MCI - Framingham (MCIF)
- South Middlesex Correctional Center (SMCC)
- MCI - Cedar Junction (MCICJ)

# FDA Approved Medications

## Naltrexone

- Vivitrol (naltrexone for extended-release injectable suspension) intramuscular
- Naltrexone oral tablet

## Methadone

- Dolophine (methadone hydrochloride) tablets
- Methadose (methadone hydrochloride) oral concentrate

## Buprenorphine

- Cassipa (buprenorphine and naloxone) sublingual film
- Probuphine (buprenorphine) implant for subdermal administration
- Sublocade (buprenorphine extended-release) injection for subcutaneous use
- Suboxone (buprenorphine and naloxone) sublingual film for sublingual or buccal use
- Subutex (buprenorphine and naloxone) sublingual film or tablet
- Zubsolv (buprenorphine and naloxone) sublingual tablets

# MAT Screening Tool

## Basic Process | No recent history of MAT or diagnosis:

 **1** — Intake History & Drug Abuse Screening Test (DAST 10)

 **2** — Referral to qualified mental health professional for further assessment and diagnosis

 **3** — Confirmation of the diagnosis

 **4** — Assessment by qualified addiction specialist for treatment recommendations

# Clinical Procedures

- Every offender will receive a screening 120 days pre-release to determine potential need for substance use disorder treatment

- Every offender is considered for treatment if they are identified as having an active or significant substance use disorder

- The DOC will work to ensure a warm hand-off to the community providers for continuity of care

# Treatment

- Treatment includes:
  - Medication, approved by an Addictionologist and behavioral health counseling for individuals diagnosed with substance use disorder.
- Consistent with the CARE Act
  - No incentives, rewards or punishments are used to encourage or discourage an offender's decision to receive MAT.
- Recovery Support Navigators (RSN) – MATRI Participants
  - Coordinate with Medical Discharge Planners to facilitate referrals to community based clinics and assist in the development of the inmate's post release substance use treatment plan. This may include linkages to faith based organizations, mentors, parole and probation.
- The Recovery Pathfinder Program, established in October 2018
  - Work with civilly committed individuals inside the facility and assists their transitions to community offering a bridge to community- based services up to six months post-discharge.

# Medication Overview

| Naltrexone | Buprenorphine | Methadone |
|---|---|---|
| Offered at every site | Only offered at pilot sites MCICJ, MCIF, SMCC, MASAC | Not available until RFR awarded |
| Available since 09/2014 | Available since 04/2019 | Available at least last 20 years for pregnant women |
| Available for offenders entering the DOC on medication and/or 120 days before release from pilot sites | Available for offenders entering the DOC on medication and/or 120 days before release from pilot sites | Available at MCIF for detox, post-partum women and for pain management |
| Available at every site | Accessible to all, only offered at pilot sites MCICJ, MCIF, SMCC, MASAC | Available at MCIF for detox, post-partum women and for pain management |
| Access to medication is in place | Requires a contract amendment to expand services to MCIC, SBCC, and OCCC Min; Expansion to remaining sites will be covered under the RFR | Requires an RFR to expand services |
| Requires injection monthly | Requires daily dosing in subutex pill form, under tongue for 10 mins | Requires daily dosing in liquid form in process regulated by SAMHSA, BSAS and NCCHC |

# DOC Clients Served

**Massachusetts Alcohol and Substance Abuse Center (MASAC)**
- Since April 1, 2019
- Medically supervised withdrawal with buprenorphine - 195
- Maintenance therapy with buprenorphine - 152
- Vivitrol – 88 first injections and 65 second injections the same
- Currently housed and receiving maintenance therapy with buprenorphine – 48

**MCI - Framingham (MCIF)**
- Since April 1, 2019
- Medically supervised withdrawal with buprenorphine - 88
- Discharged while receiving maintenance therapy - 170 (primarily buprenorphine)
- Currently housed at MCIF and receiving maintenance therapy with buprenorphine – 85
- Currently housed at MCIF and receiving maintenance therapy with naltrexone – 10
- Currently housed at SMCC and receiving maintenance therapy with buprenorphine – 16

**MCI - Cedar Junction (MCICJ)**
- Medically supervised withdrawal with buprenorphine – 31
- Vivitrol – 10 first injections and 11 clients received naltrexone oral dosing
- Currently housed and receiving maintenance therapy with buprenorphine – 5
- Currently housed undergoing medically supervised withdrawal with buprenorphine – 3

# Reporting

The DOC is working with BSAS and DPH to:

- Identify required reporting requirements

- Facilitate application to support physical site

- Facilitate approval of licensure for OTP services

- Coordinate with counties as offenders are released or transferred to DOC custody

# Department Policies

All MAT policies are available on the MA DOC internet and include:

- Agreement for Abstinence
- Agreement for Buprenorphine Treatment
- Agreement for Naltrexone Treatment
- Informed Consent for Buprenorphine
- Informed Consent for Naltrexone
- Medication Assisted Treatment Protocol

# Department Preparation

- Each DOC site identified a location for medication administration for each medication
    - Buprenorphine and Methadone
- Each DOC site identified required resources to include:
    - Facility modifications, officer staffing, medical staffing, program space, existing programming/services/operations
- Each DOC site is developing site specific procedures to manage medication administration
- DOC will move inmates (unit or site) to ensure access to medications

# Counties

- All counties identified in the Care Act are able to provide access to all three FDA approved medications effective September 1, 2019.
- Some are providing in-house, some are providing by transporting to an external community provider daily.



Counties identified in the Care Act