# EXHIBIT 6

**The Commonwealth of Massachusetts**

**Department of Correction**

**Request for Responses**

**Medication Assisted Treatment Services to Massachusetts Prison Population**

**RFR# 20-DOC 9004-Prison Medication Assisted Treatment Services**

**November 5, 2019**

**Section 1 – Obligations, Standards and Objectives**

## <u>NOTICE</u>

**Please Note: This is a single document associated with a complete Bid (also referred to as Solicitation) that can be found on www.COMMBUYS.com. All Bidders are responsible for reviewing and adhering to all information, forms and requirements for the entire Bid, which are all incorporated into the Bid. Bidders may also contact the COMMBUYS Helpdesk at COMMBUYS@state.ma.us or the COMMBUYS Helpline at 1-888-MA-STATE. The Helpline is staffed from 8:00 AM to 5:00 PM Monday through Friday Eastern Standard or Daylight time, as applicable, except on federal, state and Suffolk county holidays.**

**Section 1 – Obligations, Standards and Objectives**

## Contents

**1** Objective ...................................................................................................................... 16

**2** Inmate Care and Treatment: Medication Assisted Treatment ................................... 16

  2.1 Medication Assisted Treatment Services ........................................................... 16

  2.2 Scope of Services ................................................................................................. 17

    • Administration of staff and procedures ............................................................ 17

**3** Obligations, Standards and Objectives .................................................................... 17

  3.1 General Obligations of the Contractor ............................................................... 17

  3.2 Role of the Contractor ........................................................................................ 20

  3.3 Coordination of Services ..................................................................................... 20

  3.4 Applicable Statutes, Regulations, Policies, Standards, Guidelines and Decrees ....... 22

  3.5 Infection Control ................................................................................................. 23

  3.6 Case Conferences ................................................................................................ 24

  3.7 Bilingual and Translation Capabilities ................................................................ 24

  3.8 Culturally and Linguistically Appropriate Services (CLAS) ................................. 24

  3.9 Emerging Therapies ............................................................................................ 25

**4** Clinical Services ........................................................................................................ 25

  4.1 Pharmacy ............................................................................................................ 25

  4.2 Medication Assisted Treatment ......................................................................... 25

  4.2.1 Referral ............................................................................................................ 26

  4.2.2 Assessment ...................................................................................................... 26

  4.2.3 Diagnosis .......................................................................................................... 26

  4.2.4 Treatment ........................................................................................................ 26

  4.2.5 Programming .................................................................................................... 26

  4.2.6 Continuity of Care, Aftercare, Discharge and Reentry Services ...................... 26

    4.2.7 Laboratory Services ..................................................................................... 27

    4.2.8 Phlebotomy Services .................................................................................... 28

    4.2.9 Progress Notes ............................................................................................. 28

  4.3 Data Collection and Tracking .............................................................................. 28

**5** Records ..................................................................................................................... 29

**6** Staffing ..................................................................................................................... 29

3

6.1     Staffing Matrix: Procurement ................................................................................. 29

6.2     Licensure ................................................................................................................ 30

6.3     Medical Director/Qualified Addiction Specialist .................................................... 31

6.4     Substance Use Counselors ..................................................................................... 31

6.5     Credentialing .......................................................................................................... 31

    6.5.1     Credentialing: Physicians ................................................................................ 31

    6.5.2     Credentialing: Other Credentialing ................................................................ 32

6.6     Regulatory and Licensing Agency Reporting Requirements ................................... 33

6.7     Peer Review, Mortality Review and Case Review .................................................. 33

6.8     Staffing and Holiday Coverage ............................................................................... 33

    6.8.1     Maximum Time ............................................................................................... 34

    6.8.2     On-Call Coverage ............................................................................................ 34

    6.8.3     Emergency Coverage ...................................................................................... 34

6.9     Supervision ............................................................................................................. 34

    6.9.1     Supervision: General ....................................................................................... 34

7     Grievance System ........................................................................................................ 35

7.1     Inmates Excluded from Coverage .......................................................................... 36

    7.1.1     No-Show Utilization Management ................................................................... 36

8     Department of Correction Requirements ................................................................... 36

8.1     Department of Correction Requirements ............................................................... 36

    8.1.1     Initial Orientation by the Department ............................................................ 36

    8.1.2     Annual Training Requirement ......................................................................... 36

    8.1.3     Cooperation with Investigations .................................................................... 37

    8.1.4     Attendance at Hearings and Court Proceedings ............................................. 37

    8.1.5     Cooperation in Litigation ................................................................................ 37

    8.1.6     Smoking, Tobacco and Marijuana Products.................................................... 38

    8.1.7     Workplace Violence ........................................................................................ 38

    8.1.8     Professional Boundaries and Dress Code ....................................................... 38

    8.1.9     Contractor Personnel Orientation .................................................................. 39

    8.1.10     Contractor Training for the Department ....................................................... 39

8.2     Hiring, Termination and Denial of Entrance .......................................................... 40

4

8.3     Compensation and Benefits of Personnel..................................................................40

8.4     Personnel Records and Department Access to Personnel Records............................40

8.5     Meetings ....................................................................................................................41

8.6     Services for Others ....................................................................................................41

8.7     Department Access to Payroll Hours .........................................................................41

8.8     Schedules ..................................................................................................................42

**9**     Continuous Quality Improvement .................................................................................42

9.1     Health Services Division Continuous Quality Improvement ........................................42

9.2     Contractor Continuous Quality Improvement .............................................................42

9.3     Peer Review, Mortality Review and Case Review ......................................................43

**10**    Physical Plant, Equipment, Supplies, Computers and Telecommunications ................43

10.1    Space at Facilities .....................................................................................................43

10.2    Access .......................................................................................................................43

10.3    Supplies .....................................................................................................................43

   10.3.1   Supplies and Equipment: General ...............................................................43

10.4    Equipment and Furnishings .......................................................................................44

   10.4.1   Existing Equipment and Furnishings ...........................................................44

   10.4.2   Maintenance ................................................................................................44

   10.4.3   Replacement and Acquisition ......................................................................44

   10.4.4   Exclusive Use ..............................................................................................45

   10.4.5   Documentation and Records ........................................................................45

10.5    Utilities ......................................................................................................................45

10.6    Waste .........................................................................................................................46

10.7    Telecommunications ..................................................................................................46

   10.7.1   Telephone Lines ..........................................................................................46

   10.7.2   Personal Communication Systems ...............................................................46

10.8    Computers and Network Access ................................................................................46

10.9    Elimination, Delay or Reduction in Funding...............................................................47

10.10   Adjustments to Compensation ..................................................................................48

   10.10.1  Medical Record Audit Adjustment................................................................48

   10.10.2  Medical Record Maintenance Adjustment ...................................................48

Section 1 – Obligations, Standards and Objectives

10.10.3    Transition Adjustment .................................................................... 48

10.10.4    Subcontracting Adjustment .............................................................. 48

10.10.5    Physician and Advanced Practitioner Matrix Adjustment ............................. 48

10.10.6    Nursing Matrix Adjustment ............................................................... 49

10.10.7    Contract Non-Compliance Adjustment ................................................. 50

**11**    Contract Management Reports ............................................................. 52

11.1    Monthly Utilization and Administrative Reports ...................................... 52

11.1.1    Monthly Time Reports .................................................................... 52

11.1.2    Monthly Physician and Advanced Practitioner Matrix Reports ..................... 53

11.1.3    Monthly Nursing Matrix Reports ......................................................... 53

11.1.4    Monthly Statistical Reports ............................................................... 53

11.2    Annual Reports .............................................................................. 53

11.2.1    Supplier Diversity Program Reports ..................................................... 53

11.2.2    Annual Independent Financial Audit Report ............................................ 54

11.3    Facility Reports .............................................................................. 54

11.4    Subcontracting Report ..................................................................... 54

**12**    Contract Management Reports ............................................................. 54

**13**    Physical Plant ................................................................................ 55

13.1    Locations ...................................................................................... 55

13.2    Implementation Schedule .................................................................. 55

**14**    Accreditation ................................................................................. 56

14.1    Opioid Treatment Program Accreditation and Certification ........................ 56

14.2    ACA Accreditation ........................................................................... 57

**15**    Performance Measures ..................................................................... 57

15.1    Record Audit ................................................................................. 57

**16**    Subcontracts ................................................................................. 58

**17**    Compensation ................................................................................ 58

17.1    Pricing .......................................................................................... 59

17.1.1    Initial Assessment Compensation ...................................................... 59

17.1.2    Medication Assisted Treatment Compensation ...................................... 59

17.1.3    Programming Compensation ............................................................. 59

Section 1 – Obligations, Standards and Objectives

17.1.4     Continuity of Care, Aftercare, Discharge and Reentry Compensation ................................... 60

17.1.5     Staffing Compensation ......................................................................................................... 60

**Section 1 – Obligations, Standards and Objectives**

Definitions

"ACA"
>   The American Correctional Association.

"Addiction"
>   Addiction is characterized by inability to consistently abstain, impairment in behavioral control, craving, diminished recognition of significant problems with one's behaviors and interpersonal relationships, and a dysfunctional emotional response. Like other chronic diseases, addiction often involves cycles of relapse and remission. Without treatment or engagement in recovery activities, addiction is progressive and can result in disability or premature death.

"Alcoholics Anonymous" (AA)
>   A fellowship of individuals who share their experience, strength and hope with each other that they may solve their common problem and help others to recover from alcoholism.

"Assistant Deputy Commissioner, Clinical Services" (ADC)
>   The executive staff person who reports to the Deputy Commissioner of Clinical Services and Reentry. The duties of the ADC include, but are not limited to, the management of the Health Services Division, the development of health care policies and the oversight of the Department's health services contracts. The ADC is the designated Correctional Health Authority as provided by 103 DOC 601.01.

"Best Practices"
>   Practices that are based on the collective experience and wisdom of the field.

"Bidder"
>   A vendor that submits a bid in response to this RFR. The utilization of the term Bidder in this RFR references vendors during the bid submission process.

"Board Certified"
>   A physician who has met the board eligibility criteria of the American Board of Medical Specialties in one or more of the following: internal medicine, family practice, emergency medicine, surgery, preventive medicine, psychiatry and infectious disease and who has successfully completed the specialty board examination by the appropriate medical specialty board.

"Board Eligible"
>   A physician who has met the board eligibility criteria of the American Board of Medical Specialties in one or more of the following: addiction medicine, internal medicine, family practice, emergency medicine, surgery, preventive medicine, psychiatry and infectious disease and who is certified to sit for the specialty board examination by the appropriate medical specialty board.

"Board of Registration in Medicine"

**Section 1 – Obligations, Standards and Objectives**

The Massachusetts Board of Registration in Medicine of the Commonwealth of Massachusetts.

"Bridgewater State Hospital (BSH)"
The Bridgewater State Hospital in Bridgewater, Massachusetts, inclusive of the BSH State Sentenced Patient Units at Old Colony Correctional Center.

"Bureau of Substance Addiction Services (BSAS)"
The Massachusetts Department of Public Health office that oversees the statewide system of prevention, intervention, treatment, and recovery support services for individuals, families, and communities affected by gambling and substance addiction.

"Care Act"
Chapter 208 of the Acts of 2018, An Act for Prevention and Access to Appropriate Care and Treatment of Addiction.

"Chief Nursing Officer"
The Contractor Management Position responsible for administrative and clinical oversight of nursing Services.

"Code of Massachusetts Regulations" (CMR)
The Code of Massachusetts Regulations, containing regulations promulgated under Chapter 30A of the Massachusetts General Laws.

"Commencement Date"
March 1, 2020, 12:01 a.m., Eastern Daylight Savings Time, the beginning date of this Contract.

"Commissioner"
The Commissioner of the Massachusetts Department of Correction.

"Community of Services"
The Community of Services is defined as services that are identified within the institution or through formal or informal consultation with Department, local, volunteer, public or private organizations, government, and community-based organizations, as designed to improve the quality of life for Inmates, particularly to address the issues related to their risk needs.

"Community Standard of Care"
The "Community Standard of Care" for Services shall mean the scope and quality of Services, including diagnostic testing, preventive Services, and after care considered appropriate, in terms of type, amount, frequency, level, setting and duration which is appropriate to the patient's diagnosis or condition. The care must be medically necessary and consistent with generally accepted practice parameters as recognized by health care providers in the same or similar general

9

specialty who typically treat or manage the diagnosis or condition, help restore or maintain the patient's health, prevent the deterioration or palliate the patient's condition, prevent the reasonably likely onset of a health problem, or detect an incipient problem. The "Community Standard" shall be interpreted in light of a prison system environment, taking into consideration the unique nature of the delivery of health care to an Inmate population within a prison system, and taking into account the Inmate's individual history of incarceration and present circumstances. Accordingly, Services should be Evidence Based and should incorporate Best Practices utilized by health care professionals in prison systems.

"Continuous Quality Improvement" (CQI)

CQI is an approach to healthcare quality management that builds upon traditional quality assurance methods by emphasizing both the organization and its systems. Focus is placed on "processes" rather than the individual, recognizes both internal and external "consumers" and promotes the need for the collection of objective data to analyze and improve processes continuously.

"Contract"

For the purpose of this procurement, the Contract shall consist of the following documents in order of priority: (1) the Commonwealth Terms and Conditions for Human and Social Services; (2) the executed Standard Contract Form; (3) the Request for Response; (4) the Contractor's Response to the RFR, excluding any language stricken by the Department as unacceptable and including any negotiated terms and conditions allowable pursuant to 801 CMR 21.00.

"Contractor"

The vendor that contracts to provide opioid use disorder Services to the Department of Correction.

"Contractor Management Positions"

The Program Director, the Medical Director, and the Chief Nursing Officer.

"Correctional Recovery Academy" (CRA)

An intensive skill-based residential substance use treatment program that targets substance use and relapse prevention.

"Department"

The Massachusetts Department of Correction

"Department of Public Health" (DPH)

The Massachusetts Executive Office of Health and Human Services agency that oversees a wide range of healthcare related professions and services with a focus on disease prevention, wellness promotion, and health equity.

**Section 1 – Obligations, Standards and Objectives**

"Drug Control Program" (DCP)

> The Massachusetts Department of Public health entity with statutory responsibility to set standards for the control of prescribing, dispensing, administration of pharmaceuticals by health care providers. The Drug Control Program also sets standards for the distribution of pharmaceuticals and promotes effective security and accountability measures to prevent the theft, tampering, misuse and abuse of drugs.

"Drug Enforcement Administration" (DEA)

> The United States federal agency that enforces the controlled substances laws and regulations of the nation.

"Facilities"

> The institutions of the Department of Correction, including all prisons, correctional centers, pre-release centers, the Massachusetts Treatment Center, any modular expansion, any reopened Facility and any new Facility. For the purpose of this RFR, "Facility" shall not include MASAC at Plymouth and the Bridgewater State Hospital.

"Food and Drug Administration" (FDA)

> The United States federal agency responsible for protecting the public health by ensuring the safety, efficacy, and security of human and veterinary drugs, biological products, and medical devices; and by ensuring the safety of the nation's food supply, cosmetics and products that emit radiation.

"Informed Consent"

> The disclosure of information regarding the treatment, test, or procedure in question, which includes the expected benefits and risks, and the probability that the benefits and risks may occur. Consent must allow individuals the right to receive information and ask questions about recommended treatments so that they can make well-considered decisions about care; have the capacity (or ability) to make the decision which will allow them to voluntarily grant consent, without coercion or duress.

"Inmate"

> A committed offender or other such person as is placed in a Department of Correction Facility or Department of Correction program in accordance with law, including, but not limited to, persons participating in the Transitional Treatment Program.

**Section 1 – Obligations, Standards and Objectives**

"MassHealth"
>
> The Medicaid program that provides health insurance or assistance in paying private health insurance to eligible Massachusetts residents.

"Matrix"

> The staffing tables for each Facility and the Contractor's local administrative office, stating the Personnel positions, with position titles, numbers of FTE's, and FTE hours for each position, to be provided by the Contractor.

"MCI-Framingham Intensive Treatment Unit" (MCIF-ITU)

> A therapeutic housing unit at MCI-Framingham that provides management, programming and treatment to Inmates who exhibit suicidal ideation, self-injurious behavior, Serious Mental Illness, chronic disciplinary issues and an inability to adapt to placement in general population or the Close Custody Unit (i.e. Restrictive Housing Unit).

"Medical Director"

> The physician responsible for administering all medical Services performed by the Program.

"Medical Records"

> All records, including paper and electronic documents, generated and maintained during the course of medical, dental, mental health, substance use disorder and sex offender program evaluation and treatment of Inmates.

"Medically Supervised Withdrawal"

> Utilization of an opioid agonist in tapering doses or other medications to help an individual discontinue the use of opioids.

"Medication Assisted Treatment" (MAT)

> Treatment for an opioid-related substance use disorder that: (i) is determined to be medically necessary by a qualified addiction specialist; (ii) involves the use of medication that is approved by the federal Food and Drug Administration for treatment of an opioid-related substance use disorder; and (iii) is offered in accordance with a treatment plan that is reviewed by a qualified addiction specialist at a frequency consistent with appropriate clinical standards.

"Medication Assisted Treatment Reentry Initiative" (MATRI)

> A public-private partnership focused on increasing access to medication assisted treatment for individuals re-entering the community from incarceration.

"Narcotics Anonymous" (NA)

> A fellowship or society of individuals for whom drugs had become a problem and who support each other in abstaining from all drug use.

**Section 1 – Obligations, Standards and Objectives**

"National Commission on Correctional Health Care" (NCCHC)

An independent non-profit organization that establishes standards for health services in correctional facilities, operates a voluntary accreditation program for institutions that meet those standards, produces resource publications, conducts educational conferences and offers certification for correctional health professionals.

"Opioid Treatment Program" (OTP)

An accredited treatment program with Substance Abuse and Mental Health Services Administration certification and Drug Enforcement Administration registration to administer and dispense opioid agonist medications that are approved by the Food and Drug Administration to treat opioid addiction.

"Opioid Use Disorder" (OUD)

A problematic pattern of opioid use leading to clinically significant impairment or distress, as manifested by criteria set forth in Diagnostic and Statistical Manual 5 (DSM-5).

"Personnel"

Employees of the Contractor, its subcontractors or its independent contractors.

"Prison Rape Elimination Act" (PREA) -

The Prison Rape Elimination Act of 2003, Public Law 108-79.

"Program"

The comprehensive program of medical, medication assisted treatment mental health and forensic mental health Services for Inmates.

"Program Director"

The Contractor Management Position responsible for administrative oversight of the Program.

"Qualified Addiction Specialist"

A treatment provider who is: (i) a physician licensed by the board of registration of medicine, a licensed advanced practice registered nurse or a licensed physician assistant; and (ii) a qualifying practitioner or qualifying other practitioner, as defined in the federal Controlled Substances Act, as codified at 21 U.S.C. 823(G), who has been issued an identification number by the United States Drug Enforcement Administration pursuant to the federal Controlled Substances Act,  as codified at 21 U.S.C. 823(g)(2)(D)(ii) or 21 U.S.C. 823(g)(2)(D)(iii).

"Qualified Healthcare Professional"

Professionals, including physicians, advanced practitioners, nurses, and others who by virtue of their education, credentials, and experience are permitted by law to evaluate and care for Inmates, and to perform each function otherwise required by this RFR.

**Section 1 – Obligations, Standards and Objectives**

"Qualified Mental Health Professional"

Mental Health treatment providers who are psychiatrists, psychologists, psychiatric social workers, mental health counselors, psychiatric nurses, and others who by virtue of their education, credentials and experience are permitted by law to evaluate and care for the mental health needs of Inmates, and to perform each function otherwise required by this RFR.

"Qualified Substance Use Counselor"

Licensed alcohol and drug counselors, and others who by virtue of their education, credentials and experience are permitted by law to evaluate and care for the mental health needs of Inmates, and to perform each function otherwise required by this RFR.

"Qualified Treatment Professional"

Qualified Healthcare Professional, Qualified Mental Health Professional, or Qualified Substance Use Counselor who by virtue of their education, credentials and experience are permitted by law to evaluate and care for the substance use disorder treatment needs of Inmates.

"Region"

A Facility, or group of Facilities, connected for the purposes of maximizing resources within the Region.

"Restrictive Housing"

A placement that requires an inmate to be confined to a cell for at least 22 hours per day for the safe and secure operation of the facility. For purposes of 103 CMR 423.00, Restrictive Housing shall not include the following: any placement in a DDU as the result of a sanction imposed in accordance with 103 CMR 430.00: Inmate Discipline; any placement of an inmate on disciplinary detention as the result of a sanction imposed in accordance with 103 CMR 430.00; any placement ordered by a medical or mental health provider including, but not limited to, the placement of an inmate in a Health Services Unit; the placement of an inmate in a hospital; the placement of an inmate in a medical setting where treatment is being provided; or the placement of an inmate on a mental health watch.

"Screening, Brief Intervention, and Referral to Treatment" (SBIRT)

An evidence-based practice used to identify, reduce, and prevent problematic use, abuse, and dependence on alcohol and illicit drugs. The SBIRT model was incited by an Institute of Medicine recommendation that called for community-based screening for health risk behaviors, including substance use.

"Services"

All Services required by this Contract, including medical, medication assisted treatment, and mental health Services at all Facilities.

"State Office for Pharmacy Services" (SOPS)

**Section 1 – Obligations, Standards and Objectives**

A division of the Department of Public Health which provides comprehensive pharmacy services to public sector healthcare organizations in a cost-effective, clinically responsible manner.

"Substance Abuse and Mental Health Services Administration" (SAMHSA)
The U.S. Department of Health and Human Services agency that leads public health efforts to advance the behavioral health of the nation.

"Substance Use Counselors"
A licensed physician who specializes in the practice of psychiatry or addiction medicine, a licensed psychologist, a licensed independent clinical social worker, a licensed certified social worker, a licensed mental health counselor, a licensed psychiatric clinical nurse specialist, a licensed alcohol and drug counselor as defined in section 1 of chapter 111J or any other professional with appropriate privileges at the facility to diagnose a substance use disorder.

"Substance Use Disorder" (SUD)
A problematic pattern of alcohol, medication, or another substance use leading to clinically significant impairment or distress, as manifested by criteria set forth in DSM-5.

15

## 1   Objective

The mission of the Massachusetts Department of Correction ("the Department") is to promote public safety by managing offenders while providing care and appropriate programming in preparation for successful reentry into the community. To support this mission, the Department requires program staffed by clinically trained, trauma informed, and credentialed health care professionals to provide substance use disorder services and programming. Whereas the pathway to recovery of each Inmate is unique and requires Inmate-specific treatment, it is the objective of the Department to contract with a vendor to assess, treat and support the recovery of each individual committed to the Department's care and custody.

The Contractor shall provide appropriate care in a compassionate manner. Services shall be comprehensive, and shall include, but not be limited to substance use evaluation and treatment. The goals are to provide comprehensive care and treatment during incarceration, treatment focused on helping to reduce recidivism, and Services designed to improve outcomes to address the healthcare needs of Inmates re-entering society by providing support and connection to needed post-release services in the community. All Services shall be evidence based and delivered in accordance with a person-centered, trauma informed, recovery/resiliency philosophy and approach to care. The goal of the Program shall be to improve Inmates' overall level of functioning and wellness while incarcerated while preparing the individual for success upon reentry.

## 2   Inmate Care and Treatment: Medication Assisted Treatment

2.1   Medication Assisted Treatment Services

Research indicates that for many individuals, treatment for Substance Use Disorders ("SUD") can reduce the use of illicit substances, retain people in the recovery continuum of care, improve general health and functioning, and reduce the risk of overdose death. SUD treatment includes medication assisted therapy, psychosocial treatment, case management, and direct referrals. Medication is integral to recovery for many people with an SUD. Additionally, in the case of Opioid Use Disorders ("OUD"), medication assisted treatment usually produces better treatment outcomes than outpatient treatment without medication (SAMHSA Treatment Improvement Protocol 63).

Findings from the Chapter 55 Legislative Report found that opioid overdose death rate is 120 times higher for those recently released from incarceration compared to the rest of the adult population.   In 2014, the Department implemented the Medication-Assisted Treatment Re-Entry Initiative ("MATRI") project. The goal of MATRI is to increase access to medication assisted treatment ("MAT") for individuals re-entering the community from incarceration. In addition, Chapter 208 of the Acts of 2018, An Act for Prevention and Access to Appropriate Care and Treatment of Addiction (often referred to as the CARE Act) requires five pilot county Sheriff's Departments (Franklin, Hampden, Hampshire, Middlesex, Norfolk) and the Department to begin to provide MAT using three medications approved by the FDA.   Two counties, Essex and Suffolk, were added to the pilot in the

16

FY19 Supplemental Budget.  Proposals with strategies to partner with the Department as part of its implementation of MAT in Department/Houses of Correction will be given priority.

The Department seeks to fund SUD programs located in Department Facilities. Priority will be given to Bidders utilizing innovative models and approaches to address the need for expansion of MAT with effective strategies to reduce barriers to the provision of SUD treatment.

## 2.2   Scope of Services

Contractors will provide Inmates treatment for SUD with the ability to utilize FDA approved medications including methadone, buprenorphine, and naltrexone for the treatment of OUD. Priority will be given to programs with strategies to implement innovative models which expand access to MAT, and to programs that identify effective processes for reducing barriers to accessing and staying in treatment.

Contractors will provide a comprehensive program meeting the varied issues and challenges of MAT, including:

- Drug testing for screening and assessment;
- Disenrollment from MAT Services;
- Use of other substances with opioids and resulting complications for MAT;
- Co-occurring medical and mental health disorders and their complications for MAT;
- Support through reentry; and
- Administration of staff and procedures.

Contractors must demonstrate their responsiveness to Department priority populations and their commitment to supporting a comprehensive continuum of substance use Services that includes coordination with prevention, intervention, treatment, aftercare and recovery support.

Contractors must be in compliance with DPH Regulations found in 105 CMR 164.000 - (Licensure of Substance Addiction Treatment Programs) in addition to meeting all state and federal certification and registration requirements. It is a priority and expectation of the Department to ensure that Bidders have policies which operationalize an efficient, seamless SUD enrollment process in addition to expediting treatment for priority populations such as individuals identified to be at risk for acute withdrawal, pregnant and parenting women, injection drug users, individuals who have been recently incarcerated, and those individuals discharging from the Department.

## 3   Obligations, Standards and Objectives

## 3.1   General Obligations of the Contractor

The Contractor shall provide a comprehensive Program of SUD Services to all Inmates and civilly committed persons, residing at Facilities or otherwise committed to the care and custody of the Department. The Contractor shall provide Inmates with comprehensive SUD treatment and education in accordance with Community Standards of Care throughout the term of the Contract. Services shall be Evidence Based and incorporate Best Practices.

- The Bidder shall propose Services which address approaches such as comprehensive maintenance treatment, medical maintenance treatment, detoxification, and medically supervised withdrawal. Proposals should identify methods to introduce MAT to the Inmate treatment population and provide important concepts for understanding MAT. Proposals should describe opioid, alcohol and other addictions as medical disorders with similarities to other disorders, and outline the main options for MAT, such as choices of medication and optional services.

- The Bidder shall propose pharmacologic and clinical applications of the medications used for treating addiction. The proposal shall identify how the Contractor proposes to focus on informed consent for dosage forms, efficacy, side effects, drug interactions, safety considerations, and current availability and restrictions for FDA approved medications to include methadone, buprenorphine, and naltrexone.

- The Bidder shall include in its proposal a solution for screening, admission and assessment techniques; it shall describe screening and assessment procedures used with Inmates for admission to treatment and in MAT. The Bidder shall describe components of the screening (or intake) process that provide a foundation for treatment and procedures used during this process to ensure thorough, efficient data collection and to gather information for ongoing treatment intervention. Components of substance use, medical, medication induction, and comprehensive psychosocial assessments used to determine MAT eligibility, individualize treatment plans, and monitor changes in Inmate status shall also be provided in the Bidder's proposal.

- The Bidder shall offer a description of the types of Services and multidimensional, clinically driven strategy for matching Inmates in MAT with the types of treatment services and levels of care that optimize treatment outcomes, within or in conjunction with counseling and program Services. The Bidder shall include how it will individualize the choice and application of treatment resources to each Inmate's needs, abilities, and preferences. Preference will be given to proposals which describe alternative types of treatment programs which accommodate Inmates with special needs, the roles of counselor and Inmate as patient and the importance of cultural and linguistic competence, motivation for treatment, and the need for a multidisciplinary team.

- Proposals should include descriptions of the phases of treatment, for Inmates in MAT. Phases are conceptualized as parts of a dynamic continuum of Inmate progress toward intended treatment outcomes. At a minimum, phases should describe (1) the acute phase, (2) the rehabilitative phase, (3) the supportive-care phase, (4) the medical-maintenance phase, (5) the tapering and readjustment phase, and (6) the continuing-care phase. Phases of treatment should address the therapeutic relationship, motivation, Inmates' use of alcohol, nicotine and illicit drugs, their mental and medical disorders, legal problems, and basic needs (including housing, education, and vocational training).

- Proposals should describe the Bidder's approaches to providing comprehensive care and including reentry. Services should include how a comprehensive treatment program improves Inmate success with reentry. Proposals including counseling services are integral to comprehensive treatment and strategies that target relapse prevention also should be included as part of the proposed comprehensive treatment program.

- The Bidder's proposal shall include its management of drug testing as a tool, providing an objective measure of treatment efficacy and monitor Inmate progress, as well as information for quality assurance, program planning, and accreditation. Bidders must respond to the clinical utility of test results and how it will protect Inmate privacy.

- Proposals which demonstrate how the Bidder will address the multi-dimensional clinical problems in Inmates with addiction issues and, focus on diagnosis and treatment of these clinical conditions most commonly seen in these individuals will be given preference. Proposals should offer evidenced based interventions which address issues for Inmates who have substance use and co-occurring mental health disorders.

- The Bidder's Proposal should include a component addressing MAT for special populations, such as treatment of pregnant and postpartum Inmates, including topics such as breast-feeding and neonatal abstinence syndrome.

- The Bidder shall offer how it will address administrative and operational functions of managing and staffing the complex and dynamic environment of MAT in a correctional environment.

- The Bidder shall operate the Program pursuant to a fiscal structure which shall achieve accounting transparency, with full reporting and accountability to the Department, utilizing a Managed Care Model that manages the provision of Services in the most cost effective manner, identifies and corrects inefficiencies, and complies with all applicable standards.

**Section 1 – Obligations, Standards and Objectives**

- The Bidder shall maintain an open and collaborative relationship with the Health Services Division, comprehensive health services, recidivism reduction services, as well as all Facility administrative staff of the Department.

- The Bidder shall offer a comprehensive Program for continuing staff education, training for correctional staff, as well as Inmate health education.

- The Bidder shall maintain complete and accurate records of care in accordance with applicable standards, and to collect and analyze health care statistics on a regular basis for provision to the Health Services Division in accordance with reporting requirements set forth herein.

- The Bidder shall participate in the Department reentry and discharge planning programs as set forth within this Request for Response.

- The Contractor shall coordinate Services and operations as set forth in Section 3.3.

- The Bidder shall provide all Services required by this Contract with no exclusions and at no additional cost to the Department.

## 3.2   Role of the Contractor

The Contractor shall provide Services to all Inmates residing in all Facilities or committed to the care and custody of the Department.  Services shall include implementation and operation of certified Opioid Treatment Program(s) ("OTP") sufficient to make methadone available at Facilities.

The Contractor shall be solely responsible for making all decisions with respect to the type, timing and level of Services needed by Inmates covered by the Program. This includes, without limitation, the determination of whether an Inmate is in need of clinical care, referral to an outside specialist or otherwise needs specialized care. Except as herein otherwise provided, the Contractor shall be the sole supplier and/or coordinator of all SUD Services constituting the Program under this Contract, and, as such, shall have the sole authority and responsibility for the implementation, modification and continuation of any and all SUD Services for Inmates.

The Contractor shall provide all means of addressing the serious SUD needs of the Inmate population based upon clinical assessments of the individual Inmates in a manner that is cost effective and consistent with Community Standards of Care.

## 3.3   Coordination of Services

The Contractor shall coordinate all Services within and among Facilities in order to ensure that each Inmate receives continuity of SUD Services. The Contractor's obligations shall include, but not be limited to the following:

**Section 1 – Obligations, Standards and Objectives**

- The Contractor shall cooperate and collaborate with the Department's Community of Services to coordinate the provision of Services with the treatment provided by other contractors including, but not limited to:

  - Department staff
  - Alcoholics Anonymous
  - Correctional Recovery Academy
  - Narcotics Anonymous
  - Spectrum
  - Wellpath
  - Volunteers

- The Lemuel Shattuck Hospital (LSH) is operated by the Massachusetts Department of Public Health. It serves as the primary outpatient and inpatient hospital provider for Inmates in the care and custody of the Department. The hospital operates a secure 29 bed unit dedicated to correctional acute and chronic inpatient care, and it also provides a secure holding area for outpatient exams and clinics conducted in the holding area or elsewhere at LSH.

  The Contractor shall negotiate an agreement with LSH as the Department's primary outpatient and inpatient hospital provider to ensure continuity of care and collaboration of clinical services. Each Bidder shall contact LSH in advance of the response due date for purpose of introduction and familiarity and shall obtain from LSH a letter of intent that indicates a mutual willingness to negotiate in the event of a Contract award.

- The Contractor shall work with Department custody and transportation staff to coordinate the transportation of Inmates to off-site locations for Services in a manner that minimizes Inmate "no shows" for scheduled trips and minimizes transportation and escort costs, while maintaining the quality of Services provided.

- The Contractor shall cooperate with the Department's Office of Strategic Planning and Research with respect to research and performance measure initiatives.

- The Contractor shall cooperate with the Office of the Commissioner of Correction in responding to surveys and inquiries.

- The Contractor shall cooperate with the Department and the Department of Public Health in addressing the reporting requirements of the Care Act including, but not limited to, the transmission of Inmate level data to the Executive Office of Health and Human Services in a format dictated by same.

- At the request of the ADC, the Contractor shall respond to the yearly survey of health care at MCI-Cedar Junction conducted pursuant to the Stipulation of Dismissal in <u>Alston v. Fair</u>, D.Mass. No. 77-3519-G.

**Section 1 – Obligations, Standards and Objectives**

## 3.4    Applicable Statutes, Regulations, Policies, Standards, Guidelines and Decrees

Providers of MAT Services will be required to have all required federal and state licenses, certifications, and registrations for the operation of OTP Services within Facilities and be in good licensure standing with the Bureau of Substance Addiction Services.

The Contractor shall provide all Services in compliance with all applicable federal and state constitutional standards, statutes and regulations, including, but not limited to, the current and subsequent versions and editions clauses incorporated by reference.

This Contract incorporates one or more of the following clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Director of Contract Services will make their full text available. Also, the full text of a clause may be accessed Electronically at this/these address(es): https://www.commbuys.com/.

| CLAUSE | TITLE |
|---|---|
| | |
| 20-DOC-9004 | Prison Medication Assisted Treatment Services |
| 808 CMR 1.00 | Compliance, Reporting And Auditing For Human And Social Services |
| | |
| Title 42 CFR Part 2 | Confidentiality of Substance Use Disorder Patient Records (Part 2) |
| Title 42 CFR Part 8 | Medication Assisted Treatment for Opioid Use Disorders |
| 103 DOC 600, et seq | Department of Correction including the Health Services Policies of the Department at 103 DOC 600, *et seq.* and the regulation governing Access to Therapeutic Diets and Medical Care, 103 CMR 761 |
| 105 CMR 164 | Licensure of Substance Abuse Treatment Programs |
| 105 CMR 205 | MA Department of Public Health |
| 243 CMR et seq. | Board of Registration in Medicine: The regulations of Massachusetts Board of Registration in Medicine at 243 CMR, *et seq.*, and all other applicable Massachusetts licensing boards and agencies |
| G.L. 123 | Mental Health |
| Public Law 108-79 | United States Department of Justice Prison Rape Elimination Act (PREA) Prison and Jail Standards, 28 CFR 115 (May 17, 2012) and all associated Department policies and procedures including 103 DOC 519, Sexually Abusive Behavior Prevention and Intervention Policy, 103 DOC 630, Medical Services and 103 DOC 650, Mental Health Services. |
| Chapter 208 of the Acts of 2018 | An Act for Prevention and Access to Appropriate Care and Treatment |
| | American Correctional Association Standards |
| | NCCHC Standards |

**Section 1 – Obligations, Standards and Objectives**

| | SAMHSA OTP Certification Requirements |
| | SAMHSA's Treatment Improvement Protocols (TIP 63) for Detoxification |

Where applicable standards may be inconsistent, the Contractor shall follow the more rigorous standard.

The Contractor shall bear the expense of licenses necessary to access the Department's policies, procedures and other documents stored on its electronic document management system. The Contractor shall maintain sufficient licenses to ensure its Personnel's access to Department policies and procedures. At the Department's discretion, the Contractor shall post its policies and procedure to the Department's electronic document management system.

## 3.5   Infection Control

The Contractor shall maintain an effective infection control program as a critical element of the Services required. Infection control shall include, but not be limited to:

- Standard precautions
- Hand hygiene
- Immunizations and vaccines
- Personnel protective equipment
- Fomite barriers
- Disinfection
- Instrument reprocessing, sterilization, biological monitoring procedures
- Airborne precautions and mask fit testing
- Contact precautions
- Ectoparasite control
- Infectious and communicable disease surveillance and containment
- Proper disposal and accountability and containment of "sharps"
- A sharps exposure plan in place at each Facility

The Contractor shall develop and maintain an exposure control plan that is reviewed and updated annually. The exposure control plan is subject to approval by the ADC. All Personnel shall be educated in the importance of proper infection control practices.  All licensed staff shall comply with professional licensing board requirements for appropriate continuing education courses in Infection Control. The Contractor shall address infection control in all aspects of the Program, including wiping down or coverage of fixed equipment, sterilizing instruments according to manufacturer instructions, and monitoring the sterilization capabilities of the autoclave used.

Although Massachusetts is not subject to the regulations of the Occupational Safety and Health Administration (OSHA), the Contractor shall adhere to all OSHA and Centers for Disease Control and Prevention (CDC) guidelines regarding the handling of instruments and disinfection. The Contractor shall follow the guidelines and recommendations of the

23

Association for Practitioners of Infection Control & Epidemiology (APIC), CDC, OSHA, and state and federal standards and recommendations related to infection control.

The Contractor shall complete and file all reports consistent with local, state, and federal laws and regulations within 24 hours.

3.6   Case Conferences

A Case Conference is a multi-disciplinary process initiated by the ADC, Director of Behavioral Health or Director of Clinical Services to review the status of Inmates who present complex medical, mental health or behavioral problems. A Case Conference may be initiated as the result of circumstances including, but not limited to, changes in diagnosis and medications, a sentinel event, diagnosis of terminal illness, significant change in health status classification, repetitive inpatient admissions, ongoing disruptive behavior, or self-injurious behavior, or events resulting in off-site emergency care.

A Case Conference may be requested by Health Services Division, administrative staff, or by Contractor staff. A Case Conference may involve participation by Health Services Division, Department staff and Facility staff as well as Contractor Personnel, and may also include participation by a representative(s) from external agency stakeholders.

The Contractor shall ensure that Personnel cooperate fully with case conferences convened by the Director of Behavioral Health, as set forth in 103 DOC 650 or as directed by the Director of Clinical Services.

3.7   Bilingual and Translation Capabilities

At the Contractor's expense, the Contractor shall provide translation Services sufficient to ensure that any Inmates in need of translation Services may access and receive all Services required by this Contract. Said translation Services shall include interpretation Services for visually and hearing impaired Inmates.

The Contractor shall provide bilingual interpretation and translation in English and Spanish, as well as English and other languages (e.g., Portuguese, Haitian-Creole, ASL) to ensure sufficient interpretation and translation capability during each shift, seven (7) days per week. The Contractor shall provide the ADC a list of these services, identifying their fluency in applicable languages, with annual updates.

Neither Inmates nor Department staff shall be utilized as translators.  The Contractor may utilize the Department's telephonic language line translation service or, at the Contractor's expense, other existing translation services.

3.8   Culturally and Linguistically Appropriate Services (CLAS)

The Contractor should recognize diverse groups and strive to hire personnel that reflect the ethnic and linguistic diversity of the population it serves.

24

- Applicants must have demonstrated ability to provide culturally and linguistically competent services, including be able to provide services to individuals whose primary language is not English, to individuals with disabilities especially the deaf and hard of hearing, to veterans, and to individuals who identify as LGBT.
- All staff must be trained in Cultural and Linguistically Appropriate Services.
- Applicant must have policies and procedures for and MOUs with interpreter and translation services.
- Inmate manuals, patient rights and other critical documents for Inmates must be available in their primary language.

## 3.9   Emerging Therapies

The Contractor shall bear all costs of current and emerging therapies, including pharmaceuticals. The Contractor shall identify the cost of current and emerging therapies on an ongoing basis during the Term of this Contract.

# 4   Clinical Services

## 4.1   Pharmacy

The Contractor shall utilize the State Office for Pharmacy Services (SOPS) for all pharmaceutical Services at all Facilities. The Contractor shall contract directly with SOPS or enter an Interdepartmental Services Agreement (ISA) with SOPS, as applicable.

All medication utilized for the purposes of MAT shall be obtained from SOPS in accordance with pharmacy dispensing policies and procedures. Currently a manufacturer of the medication naltrexone for extended release provides a defined number of doses at no expense to the Contractor.  The Bidder shall negotiate directly with the manufacturer to procure this medication at a negotiated rate.

The Contractor shall be solely responsible for the prescribing of medications, the cost of all medications and other pharmacy costs, including any management fees, administrative costs, and annual increases.

The Contractor shall bear all pharmacy and pharmacy-related costs.

## 4.2   Medication Assisted Treatment

Medication Assisted Treatment (MAT) is the use of FDA-approved medications, in combination with counseling and behavioral therapies, to provide a whole-Inmate approach to the treatment of substance use disorders. The Contractor, in conjunction with the Department's substance use disorder treatment vendor, shall collaborate to develop the protocol for the MAT Services. The protocol shall include specific details, guidelines and timeframes that will clearly define the roles and responsibilities of all parties.

**Section 1 – Obligations, Standards and Objectives**

### 4.2.1   Referral

Referral to treatment is a critical yet often overlooked component of the SBIRT process. It involves establishing a clear method of follow-up with Inmates that have been identified as having a possible dependency on a substance or in need of specialized treatment. The Contractor shall collaborate with the Department's Community of Services to develop and maintain an efficient referral process that connects Inmates to Services.

### 4.2.2   Assessment

The Contractor shall provide assessment Services to determine a given Inmate's eligibility for treatment, to provide the basis for a treatment plan, and to establish a baseline measure for use in evaluating an Inmate's response to treatment. Accordingly, the assessment should be designed to (a) document the Inmate's use of other substances, including alcohol and other drugs of abuse; (b) identify comorbid medical and psychiatric conditions and disorders and to determine how, when and where they will be addressed and (c) determine the Inmate's readiness to participate in treatment.

### 4.2.3   Diagnosis

Contractor Personnel shall establish the appropriate substance use disorder diagnosis, including the duration, pattern and severity of substance misuse; the Inmate's level of tolerance; results of previous attempts to discontinue substance use; past experience with agonist therapies; the nature and severity of previous episodes of withdrawal; and the time of last substance use and current withdrawal status.

### 4.2.4   Treatment

The goal of induction and stabilization is to find the lowest dose of medication at which the Inmate discontinues or markedly reduces the use of other substances without experiencing withdrawal symptoms, significant side effects, or uncontrollable craving for the drug of use. The Contractor shall provide treatment Services in a manner consistent with this approach.

### 4.2.5   Programming

The Contractor shall provide trauma informed behavioral treatment Services as a component of its MAT Program. Trauma Informed Care, a system-wide framework, facilitates recovery by creating better understanding, recognition and response to the effects of trauma. It emphasizes a holistic approach that encompasses physical, psychological, cultural, and emotional safety for everyone, including Inmates, staff, providers, and communities. By using trauma informed approaches, providers can offer resources, support and healing for those who suffer.

### 4.2.6   Continuity of Care, Aftercare, Discharge and Reentry Services

**Section 1 – Obligations, Standards and Objectives**

Inmates with a verifiable history of current medication use who enter the Department or are transferred to a Facility shall have those medications continued by a prescribing provider, unless a clinical progress note, written by the provider (by on-call if necessary) or by a nurse citing a telephone order, indicates the rationale for discontinuance.

The Contractor shall implement strategies to retain individuals throughout treatment that have persistent symptoms of the disease of addiction, especially relapse or on-going illicit drug use. Strategies shall recognize Inmate specific needs and increase in intensity as individuals present as requiring additional intervention. The Contractor shall educate and collaborate with Inmate's support system to promote the individual's treatment and understanding addiction and the recovery process. The Program shall be structured in a manner that ensures access and direct referrals to medical, mental health, addiction counseling, smoking cessation, and recovery support services throughout treatment.

The Contractor shall ensure that the reentry plan includes direct referrals which maximize the likelihood of continuity of care. The Contractor shall develop specific guidelines or policies for individuals preparing for reentry, especially a pregnant Inmate, either emergency discharge or administrative discharge, including community based case management supports especially if the individual needs a higher level of treatment. The Contractor shall provide comprehensive and specific resources that support ongoing recovery such as recovery coaching and recovery support centers, mental health counseling, alternative methods for recovery with consideration of special populations.

The Contractor shall employ Personnel sufficient to promote and support Inmate compliance with the reentry plan upon reentry and for no less than ninety (90) days following release from the custody of the Department.

The Contractor shall provide overdose prevention resources upon reentry such as the use of naloxone, signs and symptoms of overdose and when to seek emergency assistance. The Contractor shall educate Inmates on the appropriate use of naloxone prior to reentry and issue no less than one nasal naloxone dose to Inmates upon reentry. Reentry plans shall include medication assisted treatment such as methadone, buprenorphine, and injectable naltrexone as treatment options as clinically indicated.

4.2.7   Laboratory Services

The Contractor shall be responsible for all laboratory Services, including supplies, forms and tests.

The Contractor shall be responsible for all labs related to urine, saliva, and blood drug testing required for medically supervised detoxification or as otherwise clinically indicated.

The Contractor shall transport all specimens, including specimens sent to the State Laboratory, and track the results of all specimens, including specimens sent to the State Laboratory.  The Contractor shall also provide timely STAT testing.

**Section 1 – Obligations, Standards and Objectives**

The Contractor shall utilize an automated computerized system for reporting the results of laboratory work directly to the Facilities, including at least one printer per site, with Internet access for laboratory results and trends. The reporting system requirement may be incorporated within an Electronic Health Record.

The Contractor shall obtain and maintain Clinical Laboratory Improvement Amendments of 1998 (CLIA) waivers for each location providing laboratory Services.

The Department is responsible for conducting and paying for Inmate drug and alcohol screens ordered by Facility security staff.

### 4.2.8   Phlebotomy Services

The Contractor shall provide all phlebotomy Services. Phlebotomy Services may be provided directly by Personnel or pursuant to a laboratory subcontract.

### 4.2.9   Progress Notes

Progress notes shall be documented in the medical record at each clinical contact and at a frequency dictated by the level of care, and shall include, at a minimum:

- Documentation of treatment plan implementation and progress;
- Documentation of all treatment provided;
- Chronological documentation of the Inmate's clinical course;
- Descriptions of each change in the Inmate's condition; and
- Documentation of the current status of suicidality or violent behavior with a history of all attempts of suicide and self-mutilation.

Progress notes shall be legibly documented, with the date and time indicated, and signed with full title as well as any co-signature required based on level of licensure.

All entries shall be in a standardized format (e.g., SOAP, DAP, etc.) with all objective findings supplemented by subjective interpretations and description of actual behavior observed or reported.  Plans shall include individual specific recommendations based on clinical contact.

### 4.3   Data Collection and Tracking

The Contractor shall document all substance use disorder treatment Service delivery from assessment and intake to discharge and reentry, including, but not limited to substance use history; scores on actuarial tool(s); and other data used in substance use assessment and treatment, as deemed necessary and important by the Department and the Contractor. The Contractor shall also maintain utilization and treatment statistics required by the ADC.

The CARE Act legislation includes reporting requirements for the Department and MDPH related to the pilot provision of MAT in correctional/setting 35 settings. Per the legislation, Contractors will be obligated to provide the data in the format required by MA DPH using their Virtual Gateway portal system.

## 5  Records

All Medical Records prepared by the Contractor are the sole property of the Department, but shall remain in the custody of the Contractor during the term of this Contract.  The Contractor shall be the keeper of all Medical Records documenting the provision of Services required under this Contract, including the Medical Records of discharged Inmates, and of all portions of each Medical Record, including portions prepared by persons other than Personnel.

Consistent with applicable regulations and standards, the Contractor may establish and collect fees for providing copies of Medical Records to persons other than Department employees, including records provided in response to subpoenas, to Inmates and to Inmates' attorneys.

At the expiration or termination of this Contract, the custody of such Medical Records shall be transferred to the Department.  During the term of this Contract, the Department's designated representatives shall have access to all Medical Records in accordance with the provisions of 103 DOC 607, Inmate Medical Records, which governs medical records.  The Contractor shall establish a system for the uniform preparation and maintenance of therapy records, including the notes kept by individual or group therapists, at all Facilities.  Upon the expiration or termination of this Contract, the Contractor shall continue to have access to such Medical Records for any reasonable purpose, including, without limitation, in connection with the preparation for any litigation, whether brought by any third party or otherwise.

## 6  Staffing

### 6.1   Staffing Matrix: Procurement

Staffing constitutes the largest cost component of the Contract. The provision of quality Services in the most cost-effective manner mandates that there is transparency and flexibility in the manner in which staffing is procured under this RFR and managed during the term of the Contract. The achievement of transparency requires that the Contractor provide the Department with its actual staffing and benefit costs and a clearly defined fee for administrative costs related to staffing. The concept of flexibility requires that the Contractor must effect changes in the distribution, type and levels of staffing to meet the evolving needs of the Department during the term of this Contract. The Contractor shall provide an update to the Department annually by June 30 of each year as to its actual staffing and benefit costs and its fee for administrative costs related to such staffing and the performance of this Contract.

**Section 1 – Obligations, Standards and Objectives**

In order to provide adequate and sufficient Personnel to fulfill their obligations under this Contract, the Contractor, itself and through its subcontractors, shall recruit and retain, whether as employees, independent contractors or otherwise Personnel as the Contractor deems appropriate.

*Part A – Staffing Bid*

*The Bidder shall propose staffing Matrices in Excel format for each Facility (direct care and Facility administrative staff) and for its local administrative office.*

*For each position on the Bidder's Matrices, and for each year of the Contract, the Bidder shall provide:*
- *The base salary range and midpoint, by shift, as applicable;*
- *The actual benefit cost; and*
- *The Bidder's total administrative costs associated with its set of Matrices proposed in Part A.*
- *The bid on the staffing components of this RFR shall consist of:*
- *(1)     The salary total for the Bidder's Matrices (based upon the midpoints), plus*
- *(2)     The benefit cost total for the Bidder's Matrices, plus*
- *(3)     The administrative cost for the staffing component.*

- *The Bidder's proposed Matrices shall reflect the actual FTEs providing Services. Coverage for paid time off, sick time and other time away from, work shall be included in the calculation of the benefit cost only, not in the salary, and shall not be reflected in the Matrix FTEs.*

*Part B. – Additional Staffing Information*

*The Bidder shall provide the following as an attachment to its response to this RFR:*
- *(1)     A full and complete explanation and rationale for the structure of its Matrix, including the number, type and distribution of Personnel positions contained therein;*
- *(2)     Whether and how the Bidder proposes to structure salary ranges for different Facilities (e.g., whether salaries will be higher at maximum security Facilities than at medium security and minimum security Facilities);*
- *(3)     A full and complete description of the Bidder's benefit package; and*
- *(4)     A full and complete explanation of the Bidder's administrative costs for the staffing component, including a detailed description of the specific costs that Bidder is including in such administrative costs.*

6.2   Licensure

The Contractor shall insure that all Personnel shall be licensed, certified or registered to the extent required by the Commonwealth of Massachusetts and as necessary for the Contractor to fulfill its obligations under this Contract. All licensed, certified or registered Personnel shall practice solely within the scope of such licensure, certification or

**Section 1 – Obligations, Standards and Objectives**

registration, as well as their level of experience and competency. The Contractor shall provide to its Personnel any continuing education, on the job training and clinical instruction and supervision as deemed appropriate by the Contractor.  The Department shall not bear financial responsibility for the cost of any required education necessary to maintain licensure.

6.3   Medical Director/Qualified Addiction Specialist

The Medical Director must be a Qualified Addiction Specialist who possesses a current M.D. or D.O. license, and be able to:

1. Recognize and diagnose addiction as a primary brain illness, regardless of the substance or behavior involved and to differentiate it from other problems related to seeking of reward and relief;
2. Possess sufficient knowledge and communication skills to prescribe a full range of treatment services at the appropriate level of care for Inmates as well as for their families or significant others; and
3. Identify, through screening, risky or unhealthy reward use as well as perform brief interventions, and instruct other health professionals on their team in the techniques of screening, brief intervention, and referral to treatment (SBIRT).

6.4   Substance Use Counselors

Substance use counselors shall be either a licensed physician who specializes in the practice of psychiatry or addiction medicine, a licensed psychologist, a licensed independent clinical social worker, a licensed certified social worker, a licensed mental health counselor, a licensed psychiatric clinical nurse specialist, a licensed alcohol and drug counselor as defined in G.L. c.111J, §1 or any other professional with appropriate privileges at the facility to diagnose a substance use disorder.

6.5   Credentialing

6.5.1   Credentialing: Physicians

The Contractor shall conduct credentialing, including credentialing required by the regulations of the Board of Registration in Medicine at 243 CMR, of all Personnel who are physicians, regardless whether the physicians have been working at Department Facilities under a previous contract, and shall submit satisfactory evidence of such compliance within three (3) months of the date that the physician commences the provision of Services at a Facility. The Contractor shall have a written policy and procedure regarding the physician credentialing process approved by the ADC.  Each physician credential file shall be kept up to date and shall contain at a minimum the following documents:

- Copy of verified Massachusetts license to practice medicine;
- Copy of application for initial or renewal registration;

31

**Section 1 – Obligations, Standards and Objectives**

- Copy of Federal controlled substance registration;
- Copy of Massachusetts Department of Public Health controlled substance registration;
- Evidence of malpractice insurance with claims and/or lawsuits pending or closed during past ten years verified by physician's insurance carrier;
- Copies of verified medical education documentation including medical school, internship, residency and fellowship programs;
- Query of the National Practitioner Data Bank;
- For foreign medical school graduates, query of the American Medical Association foreign medical graduate verification service;
- American Board of Medical Specialties (ABMS) board certification, or evidence to support board eligibility defined by the ABMS criteria;
- Current BCLS/CPR certification;
- Ten year employment history, present and past, where physician has practiced and reasons for change;
- Evidence of reasonable inquiry into employment history with emphasis on assessment of clinical skills;
- Signed release of information form;
- Information regarding any criminal proceedings.

A physician shall not commence employment under this Contract while the full credentialing process continues without evidence of a Massachusetts license to practice, evidence of DEA and Massachusetts Department of Public Health registration, and evidence of malpractice insurance, at a minimum.  Specialty clinic physicians, retained by the Contractor on a part-time basis, who have privileges at a licensed Massachusetts hospital, may substitute documentation from such hospital if such documentation indicates conformance with 243 CMR. All physicians shall have credential files updated annually.  All credential records, both for active and inactive physicians, shall be the property of the Department, but shall be maintained by the Contractor.  The Department shall have access to and may copy any such credentialing records.  A periodic audit of the credential files shall be conducted by a representative of the Health Services Division. After the expiration or termination of the Contract, the credentialing records shall be given to the Department, and the Contractor shall have access to and may copy any such credentialing records.

The provisions of this section shall survive the termination or expiration of this Contract.

6.5.2  Credentialing: Other Credentialing

The Contractor shall conduct initial credentialing and periodic re-credentialing for clinical psychologists, nurse practitioners, clinical nurse specialists and physician assistants.

The Contractor shall conduct any credentialing required of any other professional employees, as required by the pertinent regulatory authorities, and make evidence of such credentialing available to the ADC upon request.

**Section 1 – Obligations, Standards and Objectives**

The Contractor shall, as part of credentialing, ensure compliance with the requirements of 103 DOC 661.02(3), which govern ordering medication by physician assistants, nurse practitioners or clinical nurse specialists upon the authorization of a supervising physician and upon terms and conditions referred to as the Collaborative Agreement and Prescriptive Practice Guidelines for Nurse Practitioners, Physician Assistants, and Clinical Nurse Specialists.

## 6.6   Regulatory and Licensing Agency Reporting Requirements

Licensed or certified Personnel who have formal complaints filed against them with a licensing agency or commission shall report such complaints to the applicable supervising Director upon application for employment and immediately while employed.   The applicable Director shall report such complaints to the ADC immediately, and advise the ADC as to the final disposition.   Personnel working under supervision of a licensing agency or commission, or subject to restrictions or conditions imposed by a licensing agency or commission, shall report such supervision, restrictions or conditions to the applicable Contract Management Position upon application for employment and immediately while employed.   The Contractor shall report such supervision, restrictions or conditions to the ADC immediately.

The Contractor shall review publicly available sources for any such formal complaints, supervision, restriction, suspension, or conditions related to licensure, registration, or certification of Qualified Treatment Professionals upon hire and periodically, but not less than annually, thereafter.   The Contractor shall report such formal complaints, supervision, restriction, suspension or conditions to the ADC immediately.

## 6.7   Peer Review, Mortality Review and Case Review

The Contractor and its Personnel shall participate in peer review, mortality review, case review and other such functions, and shall cooperate with such additional clinicians in achieving the common goal of providing quality clinical Services to Inmates. Such participation shall include full cooperation in any investigation, mortality review, peer review and case review performed by the Department or by any consultant retained by the Department. Within the time period required by the ADC, the Contractor shall provide the Department with any requested information and reports, including records and reports of internal mortality reviews, case reviews and peer reviews performed by the Contractor.

## 6.8   Staffing and Holiday Coverage

Below is a list of all legal holidays observed in Massachusetts. The Contractor shall observe these days as holidays and plan staffing and coverage accordingly.

- New Year's Day* – January 1st
- Martin Luther King, Jr. Day – 3rd Monday in January
- Washington's Birthday – 3rd Monday in February
- Patriots' Day – 3rd Monday in April

**Section 1 – Obligations, Standards and Objectives**

- Memorial Day* – Last Monday in May
- Independence Day* – July 4th
- Labor Day* – 1st Monday in September
- Columbus Day – 2nd Monday in October
- Veterans' Day – November 11th
- Thanksgiving Day* – 4th Thursday in November
- Christmas Day* – December 25th

All holidays falling on Sunday must be observed on Monday, under state law. Saturday holidays are observed on Saturday.

Holidays designated with an asterisk (*) shall require Sunday staffing coverage. All other holidays require Saturday coverage unless otherwise approved by the ADC.

6.8.1   Maximum Time

No Personnel providing direct care Services to Inmates at Facilities shall work more than one and one-half Full Time Equivalents, *i.e.*, sixty (60) hours per week.

6.8.2   On-Call Coverage

The Contractor shall designate an on-call Qualified Addiction Specialist to cover all Facilities seven (7) days per week. The Contractor shall provide to the ADC, in advance, monthly on-call schedules for all disciplines.

The Site Administrator for each Facility or group of Facilities, or managerial designee, shall be available via telephone at all times when on-site administrative coverage is not scheduled.  This responsibility shall not be delegated to non-managerial staff.

6.8.3   Emergency Coverage

The Contractor shall provide emergency coverage of all Facilities by Qualified Healthcare Professionals and Qualified Mental Health Professionals.  All on duty, on site staff shall be immediately available for emergencies both within their assigned Facility, as well as by assignment to Facilities within the geographic region without on-site staffing.

6.9   Supervision

6.9.1   Supervision: General

The Contractor shall ensure that all Personnel receive supervision appropriate with their level of training, knowledge, experience, and licensure.

Personnel providing supervision shall have adequate training, knowledge and experience, and the appropriate level of licensure, to supervise any Services performed by the supervisee.

**Section 1 – Obligations, Standards and Objectives**

All Qualified Treatment Professionals providing direct Inmate care shall participate in peer review at least annually, consistent with the Contractor's Clinical Performance Enhancement Program.

The Contractor's Clinical Performance Enhancement Program and other supervisory processes shall preclude self-supervision.

The Contractor shall maintain an organizational structure that ensures clinical and operational supervisory chains of command from Facility through Contract Management levels for all Personnel.

## 7   Grievance System

The Contractor shall issue a policy, subject to the approval of the ADC, providing Inmates with a system for submitting grievances regarding MAT Services issues. The Contractor's grievance policy shall include, but not be limited to, the following provisions:

- The Contractor's grievance process shall be integrated and coordinated with the Department's grievance system with respect to standardized data reporting and full transparency of any written grievances or complaints received from Inmates or concerned third parties (e.g., family members, advocates, lawyers). This shall include real time reporting to the Superintendent or designee and the respective Regional Administrator of grievances received at the Facility and aggregate reporting to the Superintendent on a quarterly basis;

- The grievance process shall include a non-mandatory informal resolution component inclusive of attempts to resolve issues;

- The fact-finding shall be the responsibility of the Contractor. The Contractor's grievance process shall provide for the development of a sufficient factual record upon which to base the grievance decision and review by the appellate authority;

- The Contractor shall designate a grievance coordinator for each Facility to serve as the first level responder to all grievances. The coordinator may be the Site Administrator;

- The Contractor's grievance coordinator shall channel the grievance to the appropriate Personnel for response;

- The time periods for response shall be the same as established by the Department's grievance system;

- The Contractor shall establish a final grievance appellate authority;

35

- The Contractor shall provide the ADC with an electronic quarterly grievance summary report to include, at a minimum, the nature of the grievance, the number of grievances, grievances found in favor, the number appealed and the final status of the grievance/appeal, in a format agreeable to the ADC. If trends are identified, these shall be included in reporting. The summary report must include how the Inmate accessed the system to address concerns both formally and informally. To ensure Contract compliance, and for the purpose of risk management, the Director of Clinical Services, the Director of Behavioral Health, and Director of Contract Compliance may also review Contractor final grievance decisions for the appropriateness of the Contractor's response.

## 7.1   Inmates Excluded from Coverage

The Contractor shall have no obligation to provide Services to any of the following:

- Inmates on escape status during the escape period and prior to their apprehension;
- Inmates serving state sentences in federal, county or other states' institutions;
- Inmates in contract pre-release beds.

### 7.1.1   No-Show Utilization Management

The Contractor shall provide real-time utilization management to track Inmate no-shows for appointments at the Facilities. The Contractor shall cooperate with the ADC in developing and implementing strategies to reduce Inmate no-shows.

## 8   Department of Correction Requirements

### 8.1   Department of Correction Requirements

#### 8.1.1   Initial Orientation by the Department

Before commencing service, all Personnel, regardless of location, position, or hours of employment, shall complete initial orientation provided by the Department, as required by 103 DOC 216.16 (Professional Staff) and 103 DOC 215.17 (Support Staff).  This initial orientation requirement shall not apply to Personnel employed as of June 30, 2018 who previously completed such initial orientation. The Contractor shall confirm initial orientation has been completed for all Personnel. The ADC may waive the time for completion of the initial orientation.

#### 8.1.2   Annual Training Requirement

All Personnel providing Services at Facilities shall complete annual training on a Fiscal Year basis, consistent with the minimum training hours set forth at 103 DOC 216.16 (professional staff) and 103 DOC 216.17 (support staff), including security-related instruction provided by the Department, as required by 103 DOC 216, and any other

training that the Department may require.  The ADC will determine the number of hours of annual training necessary for Personnel positions.  The Contractor shall provide or ensure completion of such annual training. Annual training shall be in subjects related to specific job duties, and may include continuing professional education received as part of license or certification renewal.

The Contractor shall maintain a database of all orientation and training of Personnel, by individual and by Facility, by topic and by number of hours. The Contactor shall provide a training report to each Facility on a quarterly basis or upon request of the ADC.

### 8.1.3   Cooperation with Investigations

The Contractor and Personnel shall cooperate with investigations conducted by the Department, including but not limited to, investigations that concern Inmates, Department employees, Services, the Program, Personnel and this Contract.

The Contractor shall report to the ADC and the Superintendent the initiation and the results of all investigations, corrective actions and personnel actions conducted by the Contractor regarding Personnel, the Program and this Contract. However, the findings of a Department of Correction investigation shall be dispositive of the matter.
The provisions of this section shall survive the expiration or termination of this Contract.

### 8.1.4   Attendance at Hearings and Court Proceedings

Personnel shall appear at prison disciplinary hearings upon the request of a Department of Correction Disciplinary Officer.

Personnel shall appear in state and federal courts and at administrative proceedings as required by the Department or the Commonwealth.

The provisions of this section shall survive the expiration or termination of this Contract.

### 8.1.5   Cooperation in Litigation

The Commonwealth, including the Department or any other division, agency or office, shall not be responsible for representing or defending, or for any costs, damages or attorneys' fees incurred by the Contractor or Contractor's Personnel, agents, subcontractors or independent contractors, in connection with any lawsuit or claim, including, but not limited to, any claim brought pursuant to the Massachusetts Tort Claims Act, G.L. c. 258 (except if the Contractor is an agency, division or office of the Commonwealth), 42 U.S.C. § 1983 or any other provision of law.

The Contractor shall make all reasonable efforts to cooperate with the Department in the defense of any litigation brought by any person not party to this Contract, including suits that concern Services, the Program, or this Contract.

**Section 1 – Obligations, Standards and Objectives**

The Contractor shall make all reasonable efforts to cooperate with the Department in litigation or other legal proceedings involving the Department whether or not the Contractor is a party, or where litigation is anticipated but has not commenced.

Cooperation in litigation shall include, but not be limited to, the timely and accurate provision of documents, including copies of medical records, the appearance of Contractor and subcontractor employees at meetings, depositions, hearings and trials, and other assistance, including the provision of affidavits, that may requested from time to time by Department counsel, the Massachusetts Attorney General and the Massachusetts District Attorneys.

Upon the request of the Assistant Deputy Commissioner (ADC), the Contractor shall provide the ADC with the details of any litigation concerning Services, the Program or this Contract in which the Contractor or any Personnel are parties, including the case name and docket number; the name(s) of the plaintiff(s) and defendant(s); the names and addresses of all counsel appearing; the nature of the claim; and the status of the case.

The provisions of this section shall survive the expiration or termination of this contract.

8.1.6   Smoking, Tobacco and Marijuana Products

Personnel shall be subject to the policy of the Department of Correction prohibiting the possession or use of smoking, tobacco and Marijuana products at any Facility or on the grounds of any Facility.

8.1.7   Workplace Violence

Personnel shall be subject to the provisions of 103 DOC 237, Prevention and Elimination of Workplace Violence.

8.1.8   Professional Boundaries and Dress Code

It is the Department's policy that all employees, contractors, and volunteers maintain professional boundaries with Inmates and comply with the provisions of 103 DOC 225, Professional Boundaries Policy. Any act by Personnel that violates professional boundaries is prohibited. All allegations and incidents involving the violations of professional boundaries shall be reported and fully investigated and may result in action up to and including to criminal prosecution.

Personnel shall be subject to the provisions of 103 DOC 225, Professional Boundaries Policy.

Personnel shall wear external name badges or labels. Body piercings and tattoos that pose security risks or compromise therapeutic boundaries shall not be allowed.

The Contractor shall provide all Personnel with new employee orientation and annual curriculum on professional boundaries and conduct. The Contractor shall submit the training curricula to the ADC for prior approval.

8.1.9   <u>Contractor Personnel Orientation</u>

The Contractor shall conduct orientation for all new Personnel prior to such Personnel providing Services under this Contract. This initial orientation requirement shall not apply to Personnel employed as of February 29, 2020 who previously completed such initial orientation. Orientation shall be conducted by the appropriate Contractor Management Position and include:

- Orientation conducted by the Medical Director or designee for primary care physicians, specialty care physicians, and advanced practitioners;

- Orientation conducted by the Medical Director and Chief Nursing Officer or designees;

- Orientation conducted by the Chief Nursing Officer or designee for nursing staff, including proficiency testing and return demonstration of critical functions, such as documentation, phlebotomy, and administering PO, IM and IV medications.

- Orientation conducted by the Mental Health Director and the Program Psychiatric Director or designees for Qualified Mental Health Professionals and all other Personnel involved in treatment; and

- Orientation conducted by the Program Director or designee for regional office, clerical, clerical, and other administrative support Personnel.

The Contractor shall provide the ADC with orientation curricula, schedules, appropriate forms and required location of documentation to support evidence of orientation of Personnel.

*The Bidder shall submit as an attachment to its response to this RFR a full and complete description of its orientation program.*

8.1.10 <u>Contractor Training for the Department</u>

The Contractor, in conjunction with the Health Services Division, shall develop and publish a calendar of training available to employees of the Department on various topics related to SUD and SUD treatment.

The Contractor shall provide not less than quarterly training on the fundamentals of SUD and the treatment of SUD in the correctional setting.  These trainings shall be developed and presented in a manner that addresses SUD related issues unique to the Department.

**Section 1 – Obligations, Standards and Objectives**

The Contractor shall maintain a database of all training provided to employees of the Department, by individual and by facility, by topic and by number of hours. The Contractor shall provide a training report to each Facility Institutional Training Officer as soon as practicable following a training but not less than quarterly.

8.2   Hiring, Termination and Denial of Entrance

The Contractor shall have the sole and exclusive right to hire and terminate Personnel, except (1) the appointment of certain positions that require the approval of the ADC or the Commissioner; (2) the Contractor shall not employ for the purposes of carrying out its obligations under this Contract, any person who is simultaneously employed by the Department of Correction or any other state agency, or who has been terminated or barred by the Department of Correction, or who has been terminated or barred by another law enforcement agency, or whose employment by the Contractor is otherwise precluded by the provisions of G.L. c. 268A.

The Contractor shall provide the ADC on a monthly basis a list of all Personnel who have been hired or who have been separated from employment during the previous month. The Contractor shall provide names, position numbers, titles, FTE, Facility and shift for each such position. In the case of Personnel who have separated from employment, the Contractor shall also include separation status (*i.e.*, resignation or termination) and the reasons for separation.  In the event that any Personnel is separated from employment for an act of commission or omission by such Personnel which has impaired or has the potential to impair the safety and security or the health of one or more Inmates or of staff, the Contractor shall immediately provide the ADC separation information, including the reason for termination.

The ADC or a Superintendent may bar any Personnel from entering Facilities or providing Services under this Contract where the ADC or Superintendent has determined that an act or a series of commissions or omissions by such Personnel has significantly impaired or has the potential to significantly impair safety and security or the health of one or more Inmates. The ADC shall notify the Program Director of such denial and the reasons therefore as soon as reasonably practicable.

8.3   Compensation and Benefits of Personnel

The Contractor shall have the sole and exclusive responsibility for determining the compensation, terms and conditions of employment or engagement and benefits of, and for paying all compensation and other benefits to their respective Personnel.

Upon the request of the ADC, Contractor shall provide the Department with its actual salary, benefit and administrative costs.

8.4   Personnel Records and Department Access to Personnel Records

**Section 1 – Obligations, Standards and Objectives**

During the individual's employment, the Contractor shall maintain a personnel record and a separate medical file for each employee at the Facility where the employee is assigned. The personnel record shall include a certificate of licensure, registration, certification and training records. The medical file shall include evidence of a pre-employment physical examination and required testing and immunizations. Upon reasonable prior notice, the Contractor shall provide the ADC with copies of the employment applications, resumes and personnel files of the Personnel.  At the request of the ADC, the Contractor shall provide a list of the names and home addresses and telephone numbers of all Personnel.

The provisions of this section shall survive the termination or expiration of the Contract.

8.5   Meetings

The Contractor shall participate in meetings as required by the ADC. Meetings include, but are not limited to:

- Bi-monthly Executive Staff meetings;
- Quarterly Health Services Division meetings at Facilities;
- Monthly Pharmacy and Therapeutics Committee meetings;
- Monthly MAT meetings;
- Monthly Policy and Procedure meetings.

Contractor Personnel may also be required to participate in Facility based meetings on a regular or ad hoc basis, including, but not limited to:

- Discharge planning meetings;
- Complex clinical case conferences;
- Care coordination meetings.

8.6   Services for Others

Except as otherwise limited herein or prohibited by the provisions of G.L. c. 268A and other applicable provisions, this Contract shall not prevent any Personnel from providing or performing services for others (*i.e.*, for persons or organizations other than the Department) or prevent the Contractor from using Personnel to provide services for others. However, the Contractor shall not use Personnel for out-of-state or in-state activities, including but not limited to auditing other contracts, services for the Contractor not related to those provided to the Department, and conducting contract start-up activities, without providing equivalent replacements for such Personnel. The Contractor shall not use Contractor Management Positions to provide services for others, except with the prior approval of the ADC. Use of said positions without the prior approval of the ADC may result in the imposition of a Contract Noncompliance Adjustment.

8.7   Department Access to Payroll Hours

**Section 1 – Obligations, Standards and Objectives**

With each monthly report, the Contractor shall provide copies of payroll hours by Personnel, by Facility or by pay period in a format approved by the ADC. It is preferred that the Contractor utilize a time keeping system that may be remotely accessed by the ADC as needed.

## 8.8   Schedules

At the request of the ADC, the Contractor shall provide for each Facility requested, in uniform format, a schedule for all Personnel, noting any changes.  At each Facility which the Staffing Matrix requires staffing by a  managerial level Personnel  the Contractor shall ensure that the specified Personnel or an identified designee of equivalent qualifications is on site at the Facility at all times that Services are provided.  In the event that an individual in a Contractor Management Position is expected to be on scheduled time off or leave, the Contractor shall notify Health Services Division of the coverage schedule in writing and in advance.

# 9   Continuous Quality Improvement

## 9.1   Health Services Division Continuous Quality Improvement

The Contractor shall fully participate in Continuous Quality Improvement (CQI) initiatives that are defined and required by the Health Services Division, from planning through study completion, reporting, monitoring and follow-up.

## 9.2   Contractor Continuous Quality Improvement

The Contractor shall develop and provide planned, systematic and ongoing CQI processes consistent with NCCHC guidelines for monitoring, evaluating and improving the quality and appropriateness of Services provided to Inmates. The Contractor shall identify indicators to monitor the quality and appropriateness of the important aspects of care, and organize the data collected for each such indicator in a manner to facilitate the identification of situations in need of more detailed evaluations of the quality or appropriateness of care.  Upon identification of such problems, the Contractor shall take actions to correct problems or improve the quality of care.

The Contractor shall provide the ADC with documentation of an appropriate Continuous Quality Improvement/assurance program for its subcontractors, including, but not be limited to, laboratory, pharmacy, and psychiatric, Services subcontractors.

The Contractor shall include in its CQI indicators the examination of high risk/high volume activities, self-injurious behavior and other sentinel events, and special treatment procedures including but not limited to the treatment of pregnant and postpartum Inmates, the SBIRT process, the assessment process, MAT induction/discontinuation, and reentry planning..

*The Bidder shall submit as an attachment to its response to this RFR a full and complete description of its CQI process including the role of its corporate or home office in an ongoing Continuous Quality Improvement process, and specific processes utilized in other state correctional systems.*

9.3  Peer Review, Mortality Review and Case Review

The Contractor and its Personnel shall participate in peer review, mortality review, case review and other such functions, and shall cooperate with such additional clinicians in achieving the common goal of providing quality clinical Services to Inmates. Such participation shall include full cooperation in any investigation, mortality review, peer review and case review performed by the Department or by any consultant retained by the Department. Within the time period required by the ADC, the Contractor shall provide the Department with any requested information and reports, including records and reports of internal mortality reviews, case reviews and peer reviews performed by the Contractor.

## 10  Physical Plant, Equipment, Supplies, Computers and Telecommunications

10.1  Space at Facilities

The Department shall make available to the Contractor and the Personnel all space at each of the Facilities which, as of March 1, 2020, is designated and in use for the provision of Services.

10.2  Access

Subject to Department security and entrance procedures, and except as provided by Section 8.2, the Department shall permit the Contractor, the Personnel and any of the Contractor's employees or agents to have reasonable access through each Facility to the areas in which the Program is conducted and to all other areas at each Facility which Department employees may utilize, such as the cafeteria.  Such access shall also be afforded to such other persons who may reasonably be expected to require such access in connection with the Program.  Subject to the same availability that is afforded Department employees at each Facility, the Department shall make sufficient parking available at the Facilities to the Contractor and its employees and agents, the Personnel and all other persons associated with the Program.

10.3  Supplies

The Contractor shall be responsible for providing all office, medical and other Supplies necessary to perform its obligations under this Contract. All Supplies shall meet security inspection standards.

10.3.1  Supplies and Equipment: General

43

The Contractor shall ensure that Supplies and Equipment are available in sufficient quantity to ensure timely Inmate management so as to avoid delays in care.   The Contractor shall inventory Supplies and Equipment as required by the Director of Contract Compliance.  The Contractor shall provide efficient systems for strict accountability of all Supplies and Equipment, including sharps, utilizing  quick "at-a-glance" counting and management (*i.e.* color coding sets of materials), establish prepared trays/kits sufficient in number to complete one (1) day's schedule of Inmates, establish par levels, or other organizational and tracking efficiencies.

The Contractor shall also provide for the proper disposal of waste generated in the provision of Services.

## 10.4  Equipment and Furnishings

### 10.4.1 Existing Equipment and Furnishings

The Department will provide for the use of the Contractor all Equipment, including office furnishings, at each Facility existing as of the Commencement Date. Said Equipment shall remain the property of the Department. The Contractor shall assume responsibility for the lease of any existing Equipment where such lease term commenced prior to the Commencement Date of this Contract.

### 10.4.2 Maintenance

The Contractor shall maintain at its expense all Equipment, including Equipment acquired during the term of the Contract, utilized to provide Services required under this Contract. All preventative maintenance provided shall be consistent with manufacturer recommendations. The Contractor shall timely repair or replace Equipment in need of repair. The Contractor shall maintain a log of all maintenance and repair of Equipment. At its election, the Contractor may provide for the maintenance of said Equipment through maintenance agreements. The Contractor may elect to utilize maintenance companies currently utilized by the Department. The Contractor shall be responsible for notifying the ADC of any Equipment that is not operable or that is otherwise in need of repair or replacement. The Contractor shall maintain a log of all Equipment maintenance and repair.

The Contractor shall be responsible for any direct loss or damage to Equipment caused by willful or negligent acts of Personnel. The Contractor shall not be responsible for any direct loss or damage to Equipment caused by the willful act of Inmates.  The Department shall be accountable for replacement cost for direct loss or damage to Equipment caused by the willful or negligent act of Department employees.

### 10.4.3 Replacement and Acquisition

The Contractor shall be responsible for the purchase or lease of any Equipment necessary to implement and operate the Program.  The Contractor shall be responsible

**Section 1 – Obligations, Standards and Objectives**

for the full replacement cost of all Equipment, including office furnishings, purchased or leased upon Program commencement.  The Contractor shall be responsible for the costs of additional Equipment acquired after the commencement date, including office furnishings, up to the first $7,500 per item in purchase price or lease period amount. The calculated per item cost shall not be aggregated.  The Department will be responsible for the purchase price or lease period amount beyond the first seven thousand five-hundred dollars ($7,500) per item. However, the Contractor shall not purchase or lease Equipment of a purchase price or lease period amount in excess of seven thousand five-hundred dollars ($7,500) per item in the absence of approval from the ADC. All Equipment, including office furnishings, shall be the property of the Department and entered on the Department's inventory. All Equipment shall meet security inspection standards.

The Department, at its option, may install Equipment purchased or leased by the Contractor, where such installation requires work or modifications to the Department's physical plants.

Notwithstanding this provision, the Department shall be responsible for the acquisition and maintenance of any new Equipment necessitated by the opening of a new Facility, a new unit or the significant expansion of an existing Facility or unit.

10.4.4 Exclusive Use

Personnel shall not use Department Equipment, premises, Supplies or employees for any purpose other than in the performance of obligations under the Contract.

10.4.5 Documentation and Records

The Contractor shall notify the Department promptly of all Equipment purchases and leases, specifying the date of purchase or lease, the Equipment manufacturer, model and serial number and the purchase or lease price. All Equipment will be inventoried by the Department and identified with a Department tag. All Equipment documents and records, including date of purchase or lease, purchase invoices, leases, manufacturer documentation and instructions, and maintenance records shall be the property of the Department, but shall be maintained by the Contractor. Upon request, the Contractor shall provide said records to the ADC.

The provisions of this section shall survive the termination or expiration of the Contract.

10.5  Utilities

The Department shall provide at its cost and expense, at each Facility, all utilities, including electricity, heat, ventilation, air conditioning (where already present), hot and cold water, sewerage, and maintenance and housekeeping, each as reasonably required by the Contractor to perform its obligations hereunder in a timely, competent and efficient manner.

**Section 1 – Obligations, Standards and Objectives**

10.6  Waste

The Contractor shall be responsible for the collection, packaging, storage and disposal of hazardous and medical waste generated by the provision of Services. Waste disposal shall be consistent with Facility specific policies and procedures.

10.7  Telecommunications

10.7.1 Telephone Lines

The Department shall provide telephone services as follows:

- The Contractor shall have access to all telephone and fax lines installed prior to the commencement of the Contract specifically for the use of a previous contractor. The Department will continue to bear the expense for lines not the responsibility of a prior contractor. Personnel shall adhere to Department policies governing the utilization of Department telephones.

- The Contractor shall be responsible for payment of the monthly service charges for all telephone lines designated for the use of the Personnel, for which a previous contractor bore responsibility for payment.

- Subject to the capacity of the Department's communication infrastructure, and upon the prior approval of the Department, the Contractor may be permitted to install additional telephone lines at its cost and expense. The Contractor shall be responsible for payment of the monthly service charges for said additional telephone lines.

10.7.2 Personal Communication Systems

The Contractor shall provide sufficient computers with e-mail access at each Facility to facilitate communication.

The Contractor shall ensure that Personnel can be reached who need to be immediately reachable on and off Facilities. The utilization of electronic devices, including cellular telephones, personal message communication or "beeper" systems, and electronic storage devices in the Facilities is subject to Department policies and subject to inspection by OTIS. Cellular devices with cameras or internet access and "flash" drives or other portable mechanism of transfer of large quantities of data are generally not allowed within a Facility unless authorized by the ADC.

10.8  Computers and Network Access

The Department's network and components are managed by the Office of Technology and Information Services (OTIS) within the Executive Office of Public Safety and Security (EOPSS).

46

The Department shall provide the Contractor with network connectivity to the EOPSS wide-area network (WAN), applicable servers and outside entities as of the Commencement date of this Contract. The Contractor shall be responsible for the cost of installing any additional network cabling, subject to the prior review and approval of OTIS and the Department. Network cabling must meet or exceed the current EOPSS specifications.

The Contractor shall be responsible for the cost of software licenses and the annual maintenance costs.

The Contractor shall be responsible for purchasing or providing computer equipment that comports with the standards of OTIS. All computer equipment purchased shall become the property of the Department.

Approval of OTIS shall be required for connecting any computer equipment to the Department's network and for the connection of any wireless routers or access points to the network.

Personnel may bring laptop and tablet computers or cellphones into the Facilities only upon the prior approval of the ADC.  Such devices shall be subject to inspection by OTIS. Approval of OTIS is required for connecting a laptop or tablet computer to the EOPSS network. Personnel shall adhere to all Department policies regarding the use of laptop and desktop computers.

All computers to be connected to the EOPSS network must be imaged by OTIS, and managed by OTIS for inventory and security monitoring purposes. All equipment connected to the EOPSS network shall utilize EOPSS/OTIS asset tags for tracking purposes.

The Contractor shall be responsible for the cost of applications. Only approved software is allowed on the Department network and connected equipment.

The Contractor shall adhere to the Department's technology policies, including 103 DOC 751, Information Technology (IT) Security;103 DOC 756, Information Technology Systems; 103 DOC 757, Internet, Intranet and VPN Procedures; and 103 DOC 758, E-Mail Policy.

10.9  Elimination, Delay or Reduction in Funding

All compensation required herein is subject to appropriations and the availability of funding.  In addition to the provisions of the Commonwealth Terms and Conditions for Human and Social Services, in the event of any elimination, delay or reduction in funding, the Department may seek supplemental funding, and may renegotiate with the Contractor said compensation and the Services which the Contractor is obliged to provide under this Contract.  In the event that any elimination, delay or reduction of funding necessitates a

Section 1 – Obligations, Standards and Objectives

reduction in Services, the parties shall meet as soon as practicable to prioritize the Services to be provided and negotiate any reduction in Services.  In no event shall the Department be penalized for any payment not made in a timely manner due to any delay in appropriation or funding.

10.10  Adjustments to Compensation

10.10.1      Medical Record Audit Adjustment

A threshold of ninety percent (90%) compliance shall be the minimum requirement necessary for performance. In the event that the Contractor fails to meet any of these criteria, the Contractor shall submit a corrective action plan as directed by the ADC and a follow-up audit may be scheduled within ninety (90) days. In any area that the Contractor remains in non-compliance, the ADC may impose a penalty of five thousand dollars ($5,000), unless otherwise determined by the ADC.

10.10.2      Medical Record Maintenance Adjustment

The loss, destruction, alteration, forging or unauthorized copying, removal or dissemination of a medical record by Personnel shall result in an adjustment to the Contractor in the amount of ten thousand dollars ($10,000) per occurrence.

10.10.3      Transition Adjustment

By March 9, 2020, the Contractor shall submit a report documenting all Matrix positions that have been filled with permanent Personnel, that have been partially filled, or that that have not been filled, as of March 1, 2020.  Said report shall provide the names of the Personnel in each Matrix position. In the event that the overall vacancy rate at any Facility on March 1, 2020 exceeds 10% of the total number of contracted Matrix positions for that Facility, the ADC may impose an adjustment of $50,000 for each such Facility.  The adjustment shall apply, even if the aggregate staffing exceeds 90% of the required staffing hours, should the Facility not have a designated Qualified Addiction Specialist. Utilization of temporary Personnel, private nursing agencies or vendors supplying temporary physicians shall not be allowed as an offset to the 90% staffing requirement.

10.10.4      Subcontracting Adjustment

In the event that total Contractor subcontractor compensation exceeds twenty percent (20%) of fiscal year Contract costs prior to adjustments to compensation, the ADC may impose a Subcontracting Adjustment equal to the amount identified in excess of twenty percent (20%) of fiscal year Contract costs. The Subcontracting Adjustment shall be calculated based on review of the annual Subcontracting Report.

10.10.5      Physician and Advanced Practitioner Matrix Adjustment

**Section 1 – Obligations, Standards and Objectives**

For the purpose of this adjustment, "no-show hours" shall mean missing Matrix hours per calendar month per region per discipline for the following disciplines and positions:

- Staff physician (primary and psychiatrist);
- Physician assistant;
- Nurse practitioner; and
- Clinical nurse specialist (if being utilized for prescription generation).

For the purpose of this adjustment, continuing education hours, training hours, including new employee orientation training hours, shall not be counted as Matrix hours. Also for the purpose of this adjustment, the "Regions" shall consist of minimally two (2) groups of Facilities, as proposed from time to time by the Contractor and approved by the ADC.

In the event that any of the positions identified immediately above are scheduled to perform Services within a Region and fails to perform such Services (including failure to appear at the Facility), a "no show" shall be deemed to have occurred for that calendar month.  Attendance at scheduled meetings shall not result in a "no show".

The Contractor is expected to arrange coverage within the Region by the same level of practitioner for planned absences, such as vacations.

In the event of an unplanned absence, such as sickness, the Contractor shall be entitled to make up a total of three (3) days of each such unplanned absence, provided that the make-up hours are performed within the same calendar month. A vacancy is not considered an unplanned absence. Make-up hours for unplanned absences shall be provided at the same Region by an equivalently licensed or higher level licensed practitioner.

Makeup hours other than as permitted herein shall be submitted via written request to the ADC for review and approval in advance of the shift(s). These exceptions will be reviewed on a case-by-case basis.

Coverage of a Matrix position by the Medical Director shall not relieve the Contractor of an adjustment under this section.

All make-up hours shall be made up in increments equal to or greater than the time missed.  By the fifteenth calendar day of the following calendar month, the Contractor shall provide (1) documentation of the hours required, by Facility and Region, for each Personnel position; (2) documentation of the hours actually provided, by Facility and Region, for each Personnel position; and (3) documentation of the hours that were not provided, by Facility and Region, for each Personnel position.  The Department shall be entitled to a credit, calculated on a monthly basis, of 100% of the direct daily compensation based upon the midpoint hourly rate, including fringe and benefit hours, for the Matrix position. Such midpoint shall be reviewed and updated annually.

10.10.6        Nursing Matrix Adjustment

Section 1 – Obligations, Standards and Objectives

For the purpose of this adjustment, "no-show hours" shall mean missing Matrix hours per calendar month per discipline for the following disciplines:

- Registered Nurse;
- Licensed Practical Nurse;  and
- Certified Nursing Assistant.

For the purpose of this adjustment, continuing education hours, training hours, including new employee orientation training hours, shall not be counted as Matrix hours. In the event that a Registered Nurse, Licensed Practical Nurse or Certified Nursing Assistant scheduled to perform Services at a Facility fails to perform such Services (including failure to appear at the Facility), a "no show" shall be deemed to have occurred for that calendar month. In addition to reviewing the Contractor's time reports, the Department will monitor "no show" hours by randomly reviewing schedules.

To avoid a Nursing Matrix Adjustment, scheduled nursing time may be substituted as follows: One hour of Registered Nurse time may substitute for one hour of Licensed Practical Nurse or Certified Nursing Assistant time. One hour of Licensed Practical Nurse time may substitute for one hour of Certified Nursing Assistant time. Certified Nursing Assistants shall not be considered as replacement staff for licensed nursing hours (*e.g.*, R.N. or L.P.N.).

Time expended by Contractor Management Positions shall not be used as substitute hours.

By the fifteenth calendar day of the following calendar month, the Contractor shall provide (1) documentation of the nursing hours required, by Facility, for each Personnel position; (2) documentation of the nursing hours actually provided, by Facility, for each Personnel position; and (3) documentation of the nursing hours that were not provided, by Facility, for each Personnel position.

The Department shall be entitled to a credit, calculated on a monthly basis, of 100% of the direct daily compensation based upon the midpoint hourly rate, including fringe and benefit hours, for the Matrix position.  Such midpoint shall be reviewed and updated annually based upon the Contractor's actual salary, including fringe and benefit hours, for the Matrix position.

10.10.7     Contract Non-Compliance Adjustment

The Contractor shall be subject to a General Non-Compliance Adjustment for any failure to comply with the terms of this Contract for which other adjustments may or may not be applicable. The Department shall be entitled to impose appropriate monetary adjustments against the Contractor where the Contractor's performance or non-performance indicates non-compliance or a pattern of non-compliance with its obligation to furnish Services as required by this Contract, or where the Contractor or Personnel compromise or

50

immediately threaten health or safety, or where the Contractor otherwise fails to perform its obligations.

If, in the sole determination of the ADC, the Contractor's performance or non-performance constitutes non-compliance or a pattern of non-compliance, the Department shall serve written notice on the Contractor specifically identifying the deficiency or deficiencies constituting non-compliance or the pattern of non-compliance, advising the Contractor of the time period within which said non-compliance or pattern of non-compliance must be corrected, and setting forth the financial adjustment that will be imposed against the Contractor if the non-compliance or pattern of non-compliance is not sufficiently corrected within the allocated timeframe. A pattern of non-compliance may be based upon the Contractor's performance or non-performance at a single Facility or at multiple locations.

In determining the time and/or criteria within which the non-compliance or pattern of non-compliance must be corrected, the ADC may either establish a specific time by which the non-compliance or pattern of non-compliance must be corrected or establish a series of compliance milestones reflecting steps to be taken by the Contractor demonstrating substantive progress to correct the non-compliance or pattern of non-compliance.  By way of illustration and not in limitation of the Department's options in this regard, if correcting the non-compliance or pattern of non-compliance requires that the Contractor hire additional staff to meet performance measures required herein, the Department may establish a preliminary date by which the Contractor must initiate advertising and recruitment and a subsequent date by which the Contractor must actually hire the agreed upon staff to improve Service delivery.

The ADC shall be entitled to invoke the provisions of the Contract Non-Compliance Adjustment to address non-compliance by the Contractor Management Positions. In the event of non-compliance or a pattern of non-compliance by said individuals, the ADC may set forth a process for addressing such non-compliance or pattern of non-compliance. The process may include identification of the actions or inactions constituting non-compliance or pattern of non-compliance; an initial meeting or a series of meetings; the opportunity to cure said non-compliance or pattern of non-compliance; the imposition of adjustments to compensation; and the opportunity for the Contractor to replace said individuals where other means of addressing said non-compliance or pattern of non-compliance have not been resolved to the satisfaction of the ADC.

For failure to remedy non-compliance or a pattern of non-compliance prior to the end of the cure period, the Contractor may be subject to a Contract Compliance Adjustment of $1,000 per day for each day or portion thereof that the Contractor remains in non-compliance.

The decision of the ADC shall be final with respect to all matters concerning the Contract Compliance Adjustment. A determination by the ADC not to impose a Contract Compliance in a particular case shall not preclude the imposition of the Adjustment in other cases.

**Section 1 – Obligations, Standards and Objectives**

## 11  Contract Management Reports

The Contractor shall provide all reports and data required by the ADC in a format approved by the ADC within the time period specified by the Department. The Contractor shall track and report data related to Services sufficient to monitor Program operations and performance and Inmate outcomes

All reports required herein shall be submitted by electronic means to an electronic mail address designated by the ADC. Reports shall be attached as Microsoft Office documents. Excel spreadsheets shall be submitted with the formulas maintained. Reports shall not be submitted by any means that restricts the ability of the ADC to open, access, and maintain the data set forth in said Reports.

The Contractor shall also provide any additional reports and data that the ADC may request for provision to the Department's Office of Strategic Planning and Research and in response to survey and data requests that the Department may receive from time to time.

The Contractor shall maintain all reports and data pursuant to all applicable document retention schedules, including retention schedules set forth in 103 DOC 158, Disposal of Outdated Documents.

### 11.1  Monthly Utilization and Administrative Reports

By the fifteenth day of each month, the Contractor shall provide the ADC with an accurate monthly report concerning administration of the Program as set forth herein.  Prior to the Commencement Date, the Contractor shall submit the forms and format for said periodic reports for advance approval by the ADC.  Any changes in the forms and format for said periodic reports are subject to the approval of the ADC.

The submission of a report shall constitute the representation of the Program Director that the content of the report is complete and accurate.  The Department shall not be obligated to refund adjustments based upon a subsequent determination by the Contractor that the content of any report was inaccurate.

Failure to timely submit required reports may result in the imposition of the Contract Non-Compliance Adjustment as provided by Section 10.10.7.

### 11.1.1  Monthly Time Reports

The Contractor shall provide and utilize an electronic time recording device at each Facility for recording and documenting the hours that Personnel are present at the Facility. Except as may otherwise be provided by the ADC, all Personnel shall utilize the electronic time recording devices and record time worked in a manner consistent with Department policy and in a manner consistent with the acceptable auditing standards for the Commonwealth of Massachusetts. The Contractor shall not utilize the electronic

52

recording device to record time at Facilities for Personnel who are not physically present at said Facilities. Time and attendance records shall accurately record the actual physical location and the actual time worked by each Personnel.

The Contractor shall provide the ADC with monthly time reports for each Facility.  These reports shall be based upon the data from the electronic time recording devices.  The reports shall set out the work time scheduled for each Matrix position along with the actual hours worked.  Each report shall note difference between actual hours worked and Contract hours required according to the approved Site staffing Matrix.  The reporting requirement applies to all Personnel including independent contractors and subcontractors of the Contractor.  Upon request, the Contractor shall provide the ADC with time reports for specifically identified Personnel, including independent contractors and subcontractors demonstrating daily, weekly, monthly or annual hours worked.

From time to time, the ADC may request and the Contractor shall provide special time reports, including time reports for Contractor central office staff.

11.1.2 Monthly Physician and Advanced Practitioner Matrix Reports

The Contractor shall provide the ADC with a monthly report listing all staff physicians (primary and psychiatrists), nurse practitioners, physician assistants, and clinical nurse specialists (if being utilized for prescription generation) who were not provided or replaced in accordance with the provisions of Section 10.10.5

11.1.3 Monthly Nursing Matrix Reports

The Contractor shall provide the ADC with a monthly report listing all Registered Nurses, Licensed Practical Nurses and Certified Nursing Assistants who were not provided or replaced in accordance with the provisions of Section 10.10.6.

11.1.4 Monthly Statistical Reports

The Contractor shall timely provide standard statistical reports in specified formats required by the ADC.

11.2 Annual Reports

11.2.1 Supplier Diversity Program Reports

Massachusetts Executive Order 565 reaffirmed and expanded the Commonwealth's policy to promote the award of state contracts in a manner that develops and strengthens certified Minority Business Enterprises (MBEs), Women Business Enterprises (WBEs), Minority and Women Nonprofit Organizations (M/WNPOs), Veteran Business Enterprises (VBEs), Service-Disabled Veteran-Owned Business Enterprises (SDVOBEs), Disability-Owned Business Enterprises (DOBEs), and Lesbian, Gay, Bisexual and Transgender Business Enterprises (LGBTBEs).

**Section 1 – Obligations, Standards and Objectives**

In support of the Executive Order, the Commonwealth tracks SDP spending through Purchase of Service ("POS") contracts.  As a result, providers that are issued a contract from this procurement will be required to submit a "Supplier Diversity Program (SDP) Plan Form for Purchase of Service (POS)" with their Uniform Financial Report (UFR) through the Operational Services Division (OSD) eFiling site.   Providers that file an UFR exemption request are to submit the SDP Plan Form for POS with their exemption request.  The plan will be evaluated yearly by the Executive Office of Health and Human Services ("EOHHS") Commonwealth Department with the most Purchase of Service funding to the provider during the previous fiscal year.  This Department is commonly referred to as the EOHHS Principal Purchasing Agency ("PPA").

11.2.2 Annual Independent Financial Audit Report

The Commonwealth requires all Human and Social Services Contractors to annually submit an independent audit (the Uniform Financial Statements and Independent Auditor's Report) through the Operational Services Division (OSD) eFiling site. Therefore, the Contractor must file an annual UFR.

11.3 Facility Reports

The Contractor shall timely provide information, data and statistics upon the request of the Department Regional Administrators assigned to the Facilities.

11.4 Subcontracting Report

No later than sixty (60) days following the close of the fiscal year, the Contractor shall submit a report that identifies the total prior fiscal year value of the contract and the actual compensation paid by the Contractor to each of its subcontractors during the prior fiscal year. The Contractor shall clearly identify any pending compensation to its subcontractors and the date by which any pending prior fiscal year subcontractor compensation shall be resolved.

## 12  Contract Management Reports

The Contractor shall provide all reports and data required by the ADC in a format approved by the ADC within the time period specified by the Department.

All reports required herein shall be submitted by electronic means to an electronic mail address designated by the ADC. Reports shall be attached as Microsoft Office documents. Excel spreadsheets shall be submitted with the formulas maintained. Reports shall not be submitted by any means that restricts the ability of the ADC to open, access, and maintain the data set forth in said Reports.

The Contractor shall also provide any additional reports and data that the ADC may request for provision to the Department's Office of Strategic Planning and Research and

54

in response to survey and data requests that the Department may receive from time to time.

The Contractor shall maintain all reports and data pursuant to all applicable document retention schedules, including retention schedules set forth in 103 DOC 158, Disposal of Outdated Documents.

## 13 Physical Plant

### 13.1 Locations

The Contractor's Program shall include the provision of Services at the following Department Facilities:
- Boston Pre-Release Center
- Massachusetts Treatment Center
- MCI Cedar Junction
- MCI Concord
- MCI Framingham
- MCI Norfolk
- MCI Shirley Medium
- North Central Correctional Center
- Old Colony Correctional Center
- Pondville Correctional Center
- South Middlesex Correctional Center
- Souza-Baranowski Correctional Center

For the purposes of this procurement, minimum units associated with medium security Facilities shall be considered independent Facilities:
- Old Colony Correctional Center Minimum
- MCI Shirley Minimum
- Northeastern Correctional Center

### 13.2 Implementation Schedule

The Bidder shall submit an implementation plan as part of its proposal. The Bidder's implementation plan shall include implementation of the Program in phases and consider the following:

 The Contractor shall provide the full scope of MAT Services at the following facilities upon Contract commencement:
- MCI Framingham
- MCI Cedar Junction
- South Middlesex Correctional Center
- Souza-Baranowski Correctional Center

55

The Contractor shall provide assessment Services at all Facilities upon Contract commencement.

The Contractor shall prioritize implementation of the Program at the following Facilities:
- Massachusetts Treatment Center
- MCI Concord
- MCI Norfolk
- MCI Shirley
- North Eastern Correctional Center
- Old Colony Correctional Center
- Old Colony Correctional Center Minimum

Priority shall be given to Bidders whose implementation plan expedites the implementation of the Program and delivery of Services to priority populations, at Facilities named in the Care Act, and at facilities prioritized by the Department and the provision of assessment Services at all Facilities upon Contract commencement.

## 14  Accreditation

### 14.1  Opioid Treatment Program Accreditation and Certification

Contractors proposing services as part of this RFR are required to comply with SAMSHA certification and accreditation as an OTP as detailed in 105 CMR 164.300 and 42 CFR Part 8.

In order to become OTP certified by the SAMSHA Center for Substance Abuse Treatment (CSAT), refer to the CSAT website for step-by-step instructions.  SAMHSA OTP certification includes applying for and becoming accredited by a SAMHSA approved accrediting body.
See https://www.samhsa.gov/medication-assisted-treatment/opioid-treatment-programs/apply.

In addition, applicants must apply concurrently for DEA and Massachusetts DPH Drug Control Program (DCP) registrations for controlled substances (schedules II methadone and III buprenorphine).  The application may be found online.  Both the DEA and DPH DCP require inspections as part of their application process.
See https://www.deadiversion.usdoj.gov/drugreg/reg_apps/363/363_instruct.htm and http://www.mass.gov/eohhs/docs/dph/quality/drugcontrol/app-clinics.pdf.

To become licensed by the Bureau of Substance Addiction Services, an application must be submitted to the DPH Bureau of Substance Addiction Services (BSAS).  The application process involves an on-site inspection.

The Contractor shall be required to submit a detailed timeline documenting all aspects of program siting and implementation including submission and expected completion of

56

all state and federal licensing, certification, and registration requirements. Timelines are subject to BSAS approval and continued funding will be contingent on adherence and meeting timeline benchmarks.

The Contractor's initial and reaccreditation processes shall be transparent and involve Health Services Division personnel.

14.2 ACA Accreditation

As of the date of this Request for Response, all eligible Facilities are accredited by the ACA. The Contractor shall appoint a member of its local central office staff to work with the Department to maintain accreditation at Facilities currently accredited. The Contractor shall maintain documents required as part of ongoing accreditation and to assist Facility staff in preparing for periodic internal policy compliance audits as well as comprehensive audit reviews conducted by ACA representatives. Contractor Personnel shall attend all required periodic ACA meetings, including steering committee meetings and audit training, as required by the ADC.

## 15  Performance Measures

15.1 Record Audit

The Department shall conduct a process performance audit of the Program at each Facility at least every six (6) months. The audit consists of a medical record audit of up to 10% of each Facility's current medical records. The audit instruments consist of various Services, including but not limited to:

- Initial Assessment
- Enrollment Process
- Data Submission via Virtual Gateway
- Urine Testing
- Group Therapy
- Individual Therapy
- Periodic Reevaluation
- Discharge Process
- Reentry Planning
- Intake/Transfer
- Comprehensive Evaluation and development of initial treatment plan
- Treatment Planning
- Progress Notes/Group Notes
- Timeliness of Care
- Outcome Measures
- Restrictive Housing and DDU Services
- Other essential elements of care as determined by the ADC

57

**Section 1 – Obligations, Standards and Objectives**

Failure to meet established thresholds set forth in this section may result in the imposition of a Medical Record Audit Adjustment, as set forth in Section 10.10.1.

## 16 Subcontracts

Any subcontract entered into by the Contractor for the purposes of fulfilling the obligations under the Contract, shall be in writing and shall incorporate by reference the language set forth and contain provisions that are functionally identical to, consistent with and subject to the provisions of this Request for Response and Bidding Specifications.

The Contractor shall not execute subcontracts with an aggregate fiscal year value greater than twenty percent (20%) of fiscal year cost of the Contract. Subcontractor provided Services shall be clearly identifiable and separate from any other contract or agreement the Contractor may have with the Department or other clients of the Contractor. The individual or aggregate value of subcontracted Services provided under this Contract shall not include or consider the value of services provided by the Contractor or its subcontractors through other contracts or agreements with the Department or other clients of the Contractor.

All subcontracts shall be approved in advance by the ADC.  Revisions, modifications or extensions of said subcontracts shall be in writing and shall be approved in advance by the ADC.

In the event that a subcontractor will not execute a subcontract, the Contractor shall obtain a letter of agreement, setting forth the complete scope of the relationship and obligation of the parties thereto.

Subcontracts shall not relieve or discharge the Contractor from any duty, obligation, responsibility or liability arising under the Contract.  The Department shall not be bound by any provisions contained in a subcontract to which it is not a party.

All subcontracts shall be governed by Massachusetts law, unless otherwise approved by the ADC.

The Contractor shall provide the ADC with signed original, complete (inclusive of pricing), non-redacted, copies of subcontracts or letters of agreement. At the ADC's request, the Contractor shall provide subcontract payroll hours by Facility or period.

The Contractor shall be responsible for resolving disputes arising under its subcontracts.

Failure of the Contractor to execute subcontracts in a manner consistent with this section may result in the imposition of a Subcontracting Adjustment and/or Contract Non-Compliance Adjustment as determined by the ADC.

## 17 Compensation

**Section 1 – Obligations, Standards and Objectives**

17.1 <u>Pricing</u>

This RFR seeks five (5) prices, Initial Assessment Compensation, Medication Assisted Treatment Compensation, Programming Compensation, Continuity of Care, Aftercare, Discharge and Reentry Compensation and Staffing Compensation. Programming Compensation shall distinguish group therapy and individual counseling costs separately.

*The Bidders shall submit as an attachment to its response to this RFR completed Rate Sheets, Attachments per Bidding Specifications. The Bidder shall include with the Rate Sheet a detailed description and calculation as to how the Bidder determined the rate figures for Initial Assessment Compensation, Medication Assisted Treatment Compensation, Programming Compensation, Continuity of Care, Aftercare, Discharge and Reentry Compensation. .*

*For each rate listed, the Bidder shall specify the total cost, and further define how the cost is allocated (e.g. medical supplies, clerical supplies, transportation, specialty consultation, equipment maintenance, educational supplies, administrative costs, licensing, etc.).*

Initial Assessment Compensation, Medication Assisted Treatment Compensation, Programming Compensation, Continuity of Care, Aftercare, Discharge and Reentry Compensation shall be Unit Based. A unit structure pertains to rates which are set by the unit (per item, hour, day, week, per deliverable, or per service). Units are customarily independent components and the number can change depending on the Department's needs. The Department pays only for the units that are needed and delivered.

17.1.1 <u>Initial Assessment Compensation</u>

The Bidder shall submit its proposed costs to provide initial assessment and diagnostic Services to determine a given Inmate's eligibility for treatment, to provide the basis for a treatment plan, and to establish a baseline measure for use in evaluating an Inmate's response to treatment.

Accordingly, the proposed costs shall include documentation, lab fees and any other costs associated with the determination of the Inmate's eligibility for treatment.

17.1.2 <u>Medication Assisted Treatment Compensation</u>

The Bidder shall submit its proposed costs to provide medication assisted treatment Services. Medication assisted treatment compensation costs shall include all costs associated with the provision of medication for treatment of SUD, including but not limited to: medication, dosing, monitoring, adjustments to medication, documentation, and laboratory fees.

17.1.3 <u>Programming Compensation</u>

**Section 1 – Obligations, Standards and Objectives**

The Bidder shall submit its proposed costs to provide programming Services The programming compensation costs shall include all costs associated with the provision of programming for the purposes of treatment for individuals diagnosed with SUD, including but not limited to responsive trauma informed behavioral treatment, therapeutic individual and group contacts, referral, enrollment and disenrollment Services. Programming Compensation shall distinguish group therapy and individual counseling costs separately.

### 17.1.4 Continuity of Care, Aftercare, Discharge and Reentry Compensation

The Bidder shall submit its proposed costs to provide continuity of care, aftercare, discharge and reentry Services. These compensation costs shall include all costs associated with the provision of specific Services which support ongoing recovery related to continuity of care upon discharge.

Costs shall include, but not be limited to, the provision of overdose prevention resources upon reentry such as the use of naloxone, signs and symptoms of overdose and when to seek emergency assistance.

### 17.1.5 Staffing Compensation

Staffing Compensation

The Department shall pay to the Contractor Staffing Compensation consisting of:
    (1)    The salary total for the Contractor's Matrices (based upon the midpoints), plus
    (2)    The benefit cost total for Contractor's Matrices, plus
    (3)    The administrative cost for the staffing component.

Costs shall include, but not be limited to, professional, clinical, clerical and reentry Personnel sufficient to provide the Program and all Services.

**Section 1 – Obligations, Standards and Objectives**