# EXHIBIT 11

# Wellpath

MCI Cedar Junction and
Pondville Correctional Center
Health Services Unit

To:      Bret Cappola
From:    Dawn Struzzieri, RN
         Health Services Administrator
Date:    October 29, 2019
Subject: Letter

Mr. Cappola,

Please be advised that I am in receipt of your letter where you are requesting to be continued on your current dose of subutex. Here at Cedar Junction we are required to keep patients on the maintenance dose for the first 90 days they are here and then we can restart them when they are in their last 90 days to prepare them for re-entry. Once we get confirmation of where you are transferring to we can meet with you and develop a treatment plan that works for you. We currently do not have confirmation as to where you are transferring to and when you are transferring. I have forwarded your information to our re-entry team so they are aware to watch for your transfer date and location.

Thank you,

*Dawn Struzzieri* RN HSA

Dawn Struzzieri, RN
Health Services Administrator