# EXHIBIT 12

**ESTIMATED PROCUREMENT CALENDAR**
**Medication Assisted Treatment Services to Massachusetts Prison Population**
**RFR# 20-DOC-9004-Prison Medication Assisted Treatment Services**

| EVENT | ESTIMATED DATE |
|---|---|
| **WTO Announcement published on Commbuys** | August 2, 2019 |
| **Bid / RFR Release Date** | On or around November 5, 2019 |
| **Written Questions Opened** | Upon release of RFR |
| **Bid Intent Forms Due** | November 18, 2019 by 4:00 PM EST |
| **Bidders Pre-Bid Physical Conference** | December 5, 2019 at 9:30 AM EST |
| **Site Visit to MCI Framingham** | December 5, 2019 at 1:30 PM |
| **Site Visit to MCI Cedar Junction** | December 6, 2019 at 9:30 AM |
| **Deadline for Submission of Bidder Written Questions** | December 20, 2019 by 4:00 PM EST |
| **Official Answers for Bid Q&A published (Estimated)** | On or around January 7, 2020 |
| **Bid Amendment Deadline / Bid documents will not be amended after this date.** | January 15, 2020 |
| **Deadline for Quotes/Bid Responses ("Bid Opening Date/Time" in COMMBUYS)** | January 17, 2020 by 3:00 PM EST |
| **Initial Evaluation of Bid Responses (Estimated)** | January/February, 2020 |
| **Bidder Oral Presentations** | February, 2020 |
| **Contract Award Recommendation to Commissioner** | February, 2020 |
| **Notification of Apparent Successful Bidder(s) (Estimated)** | February, 2020 |
| **Negotiations (Estimated)** | February, 2020 |
| **Estimated Contract Start Date** | March 1, 2020 |