# EXHIBIT 1

# Ruth Alexandra Potee, MD FASAM

55 Main Street  ●  Northfield, MA  01360  ●  *cell:* 413-768-9568  ●  *e-mail:* ruth.potee@bhninc.org

## Employment

2019 -Present    **Behavioral Health Network**
**Springfield, MA**
**Director - Substance Use Disorders**
Building SUD treatment services for largest mental health agency in western Massachusetts.  Oversee two ATS and CSS units for acute and subacute treatment in Greenfield and Springfield (128 bed ATS and 128 bed CSS).  Medical director of jail diversion program, Opioid Treatment Programs, and OBAT clinic.   Trained psychiatrists, behavioral health team, and others in substance use disorders and treatments.

2016 -Present    **Behavioral Health Network**
**Greenfield, MA**
Medical Director - 64 beds ATS and CSS
Acute stabilization, induction to medical treatment, and medically monitored withdrawal of patients addicted to opioids, alcohol, benzodiazepams, and other substances.  Modeled alternative pathways of intensive treatment distinct from previous pathways to demonstrate greater efficacy and patient experience.

2014-Present    **Franklin County House of Corrections - Franklin County Sheriffs Office**
**Greenfield, MA**
Medical Director for 240 inmates in Franklin County.
Started medically assisted treatment for inmates with opioid use disorder during incarceration.  First jail-base methadone (OTP) in the United States in 2019.  Advanced efforts to establish treatment for inmates throughout the state of Massachusetts.  Provided training in physiology of addiction to correctional officers, courthouse staff, lawyers, judges, and inmates.

2010-2019    **Valley Medical Group**
**Greenfield, MA**
Family physician, trustee and shareholder in clinician-owned medical group in the most rural county in Massachusetts.  Full scope of Family Medicine with special interest in women's health, pediatrics, addiction treatment, psychiatric illness and pain management.

2012-Present    **Pioneer Valley Regional School District**
**Northfield, MA**
School physician for regional high school and four elementary schools.  Curriculum development for nurses, teachers and staff.  Training in adolescent care; specifically nutrition, sports supplements, adolescent substance abuse and addiction.

| | |
|---|---|
| 2015-2019 | **Baystate Franklin Medical Center**<br>**Greenfield, MA**<br>Chair, Department of Medicine<br>Oversight of largest medical department at a rural hospital.  Responsible for credentialing reviews and performance evaluations. |
| 2002-2010 | **Assistant Professor of Family Medicine, Boston University and Boston Medical Center**<br>Family physician in urban hospital-based clinic caring for a large immigrant population.  Full scope of family medicine with large volume of pediatric and prenatal care.  Special interests in women's health, addiction medicine, and psychiatry.  Precepted and taught medical students and residents each day. |
| 2002-2004 | **National President, Committee of Interns and Residents – SEIU Local 1957**  Represented 11,000 residents nationwide in efforts to improve patient care and house officer working conditions • New York, NY |
| 1989-1993 | **Deputy Director, Ann Richards for Governor**<br>1990 and 1994 Gubernatorial Campaign • Austin, TX<br>Designed and managed statewide organization composed of 254 counties.  Organized issue campaigns and advised local demographic races statewide.  Directed all aspects of grassroots effort, from media analysis to voter targeting and turn-out. |
| 1992 | **State Director, Bob Kerrey for President**<br>1992 Presidential Campaign • New York, NY<br>Established New York field and ballot access operations for Senator Bob Kerrey.  Selected Delegate slates and organized successful statewide petition drive. |

## Education

| | |
|---|---|
| 1999-2002 | **Boston University Department of Family Medicine** • Boston, MA<br>Three-year residency program in Family Medicine - Chief Resident |
| 1994-1999 | **Yale University School of Medicine** • New Haven, CT<br>M.D. Degree |
| 1992-1993 | **Mount Holyoke College** • South Hadley, MA<br>Intensive post-baccalaureate pre-medical curriculum; cumulative 4.0 GPA |
| 1986-1990 | **Wellesley College** • Wellesley, MA<br>B.A. *cum laude* in Women's Studies (major) and Geology (minor) |

## Board Certification

| | |
|---|---|
| 2014 - present | Diplomate of the American Board of Addiction Medicine |

2002 - present      American Board of Family Medicine

## Honors and Awards

**The Jane Sanders Achievement Award - Community Action - 2019 -** Recognizes commitment to community service and leadership in the Pioneer Valley

**Franklin County Clinician of the Year - 2015** - Massachusetts Medical Society

**Boston University School of Medicine AOA Volunteer Clinical Faculty of the year - 2017**
Given to one individual who teaches and mentors BU medical students in the community

**RECOVER Project Community Award - 2016**
Chosen by RP community each year to honor an individual who works to raise knowledge and awareness about addiction and recovery.

**The Making A Difference Award** Massachusetts Interscholastic Athletic Association - 2016
Recognizes the individual or agency who has made a significant contribution and impact on the lives of students through the development of quality prevention programming that promotes healthy, responsible decision making.

**Distinguished Woman of the Year** - International Women's Day - The Greenfield Recorder - 2015
*One of eight women honored for changing the face of Franklin County*

**Nominated by medical students for AAFP National Teacher of the Year** – American Academy of Family Physicians – 2010

**Faculty Preceptor of the Year**- 2010 (Boston University Department of OB/Gyn)
*Selected by residents*

**Faculty Preceptor of the Year**- 2008 (Boston University Department of Family Medicine)
*Selected by residents*

**Pfizer Teaching Award** – American Academy of Family Physicians – 2008
*One of fifteen family physicians selected nation-wide*

**The Leonard Tow Humanism in Medicine Award Nominee** (Boston University) – 2007

**Miriam Kathleen Dasey Award** (Yale University)
*Presented to the student who by strength of character, personal integrity, and academic achievement gives promise of fulfilling the ideal of the compassionate physician*

**NBI Healthcare Foundation Humanism in Medicine Student Award** (Yale University)
*Honors a graduating student who demonstrates the highest standard of compassion and sensitivity in their interaction with patients*

Janet M. Glascow Memorial Achievement Citation (Yale University)

Connecticut Academy of Family Physicians Award (Yale University)

Psychological Study of Social Issues Ward and Research Grant (Yale University)

Farr Research Scholar (Yale University)

Sarah Perry Wood Fellowship (Yale University)

Phillip I. Huffman Preceptorship in Rural Family Medicine (UCSF - Fresno)

Family Practice Interest Group Leadership Award (American Academy of Family Physicians)

Frances Perkins Scholar (Mount Holyoke College)

President, Student Government (Wellesley College)

Vice-President, Student Government (Wellesley College)

Leadership America (Wellesley College)

## Activities & Community Service

| | |
|---|---|
| 2015-2019 | Chair, Department of Medicine - Baystate Franklin Medical Center |
| 2013-present | Co-Chair, Opioid Task Force of Franklin County and North Quabbin |
| 2009-2013 | Chair, Community Preservation Committee – Town of Northfield, MA |
| 2007-2014 | Chair, Parish Committee, First Parish – Unitarian, Northfield, MA |
| 2007 | Chair, Search Committee, First Parish – Unitarian, Northfield, MA |
| 2006-2012 | Board Member, Historical Commission, Northfield, MA |
| 2003-2005 | Board Member, Abortion Access Project, Cambridge, MA |
| 2002-2004 | ACGME Duty Hours Subcommittee, Chicago, IL |
| 2003-2005 | Co-Chair, School Site Council, James Michael Curley Elementary School, JP |
| 2000-2005 | Community Garden Coordinator – Margaret Wright Memorial Garden, Roxbury |
| 1999-2001 | National Treasurer and Vice President, Committee of Interns and Residents – SEIU |
| 1999-Present | Member, Massachusetts Academy of Family Practice |
| 1994-Present | Member, American Academy of Family Practice |
| 1995-1999 | Member, Connecticut Academy of Family Practice |
| 1994-1997 | Co-Director, Yale Family Practice Interest Group |
| 1994-1995 | Volunteer, Prenatal Care Project, New Haven, CT |
| 1993-1994 | Patient Partner, Hospice Austin, TX |
| 1992-1993 | Volunteer, Baystate Medical Center Emergency Room |
| 1987-1990 | State Certified Mediator, Commonwealth of Massachusetts |
| 1988 | Camp Director, Appalachian South Folklife Center |

## Research Experience

| | |
|---|---|
| 1995-1999 | "Motherhood and Medicine" (Medical Student Thesis)<br>Department of Epidemiology and Public Health, Yale School of Medicine<br>Thesis Advisor:  Dr. Jeannette R. Ickovics. |

# Publications

Voas, J., K. Allen, and R. Potee. 2016. Communities that Care Coalition provides model for improving community health through clinical–community partnerships: A population health case study. Discussion Paper, National Academy of Medicine, Washington, DC. http://nam.edu/wp-content/uploads/2016/05/The-communities-that-care-coalition-modelfor-improving-community-health-through-clinical-community-partnerships.pdf.

Watson PY, Potee R, Blalock A. Residents' Work Hours. Correspondence. *New England Journal of Medicine*. 2003 Feb 13;348(7):664-666.

Potee RA. Limiting Residents' Work Hours. Correspondence. *JAMA*. 2002 Dec 18;288(23):2973-4.

Potee RA, Gerber AJ, Ickovics JR. Medicine and motherhood: shifting trends among female physicians from 1922 to 1999. *Academic Medicine.* 1999;74(8):911-919.

# Presentations

"Physiology of Addiction", multiple presentation given to schools, hospitals, dentists, courts, school nurses, and correctional facilities statewide
2014 - present

"SCOPE of Pain: Risk Mitigation in Pain Management", Boston University, 24 Trainings in Western Mass
June 2013 - present

"Opioid Crisis in America and Our Community", multiple presentations to hospitals, schools, parents and professional organizations throughout Massachusetts
2015

"Controlled Substances, Chronic Pain, and Protecting Patients and Community", December 2010,
Valley Medical Group, Greenfield, MA

 "Well Child Care – An Update" Grand Rounds Lecture, August 2009
Department of Family Medicine, Boston University

"Over-the-Counter Medicines" Grand Rounds Lecture, September 2008
Department of Family Medicine, Boston University

"Drugs of Abuse and Outpatient Treatment Modalities" Resident Seminar, November 2007

"Update on Contraception and Reproductive Health" Grand Rounds Lecture, January 2007

Department of Family Medicine, Boston University and August 2010, Valley Medical Group

"School Age Prevention" Grand Rounds Lecture, July 2006
Department of Family Medicine, Boston University

"The History of Boston City Hospital"  Noon Conference, July 2006  Dept. of Internal Medicine Grand Rounds Lecture, December 2001  Department of Family Medicine Grand Rounds, Boston University

"Mifepristone in the Primary Care Setting"  Boston Medical Center,  December 2002 & November 2003

"Education or Endurance?  Ethics and the Debate Over Resident Work Hours", Harvard University Medical School, October 2002

"Motherhood and Medicine:  A Retrospective Examination of Women at Yale School of Medicine, 1922-1999." Student Research Day, Yale University School of Medicine; May 1998 and 1999.

"The Art of Breastfeeding." Lecture delivered to third and fourth year medical students and residents. Pittsburgh, PA; New Haven, CT; Boston, MA. Spring 1998