# EXHIBIT 1




*The Commonwealth of Massachusetts*
*Executive Office of Public Safety and Security*
*Department of Correction*
*Massachusetts Correctional Institution*
*MCI-Cedar Junction at Walpole*
*2405 Main Street, P.O. Box 100*
*South Walpole, Massachusetts 02071*

Telephone: (508)660-8000
Fax: (508) 660-8009
www.mass.gov/doc

**Charles D. Baker**
*Governor*

**Karyn E. Polito**
*Lieutenant Governor*

**Thomas A. Turco, III**
*Secretary*

**Carol A Mici**
*Commissioner*

**John A. O'Malley**
*Chief of Staff*

**Christopher M. Fallon**
**Jennifer A. Gaffney**
**Michael G. Grant**
**Paul J. Henderson**
**Thomas J. Preston**
*Deputy Commissioners*

**Douglas W. DeMoura**
*Superintendent*

November 8, 2019
Jonathan Howlett W113400
MCI Cedar Junction
Block 5,3A

Dear Mr. Howlett

I am in receipt of your letter dated November 5, 2019 to Superintendent DeMoura regarding your concerns about the MAT program and your request to remain at MCI Cedar Junction which has been referred to me for review and response.

A review of your medical orders indicates that you are currently enrolled in the Medication Assisted Treatment Program and have an active order for buprenorphine through January 6th, of 2020.

Your request to remain on the MAT program has been reviewed with the Medical team at MCI Cedar Junction who has indicated that they are in compliance with the Care Act with regards to the prevention and access to appropriate care and treatment of addiction. At this time the treatment program is offered to inmates for their first 90 days of incarceration and is available as part of an inmates release to the community.

With respect to your request to remain at MCI Cedar Junction as part of your classification; that request can be made during your initial Classification hearing and the recommendation will be based on your designated security level, proximity to release and your identified programming needs. Please be advised that your classification has no bearing on whether or not you continue to receive Medication Assisted Treatment during your incarceration.

I trust that this letter addresses your concerns.

Jodi Hockert-Lotz,
Deputy Superintendent of Reentry

cc: Douglas DeMoura, Superintendent
    File
    (IMS 34977)