## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JOSEPH SCLAFANI, MICHAEL FEINSTEIN,
and BRET CAPPOLA,

                     Plaintiffs,

        v.

CAROL A. MICI, in her official capacity as
Commissioner of the Massachusetts Department
of Correction, DOUGLAS DEMOURA, in his
official capacity as Superintendent of MCI-Cedar
Junction, and STEVE SILVA, in his official
capacity as Superintendent of MCI-Norfolk,

                     Defendants.

C.A. No. 19-12550-LTS

## STIPULATION AND JOINT REQUEST TO STAY PRELIMINARY INJUNCTION PROCEEDINGS

This stipulation is made by and between Plaintiffs Joseph Sclafani, Michael Feinstein,

and Bret Cappola ("Plaintiffs") and Defendants Carol A. Mici, Douglas DeMoura, and Steve

Silva (each in their official capacity, and collectively "Defendants") (together, the "Parties").

WHEREAS, Plaintiffs filed an Emergency Motion for a Temporary Restraining Order

and Preliminary Injunction on December 19, 2019 seeking emergency injunctive relief, and

Defendants filed an opposition on December 23, 2019;

WHEREAS, on December 23, 2019, the Parties appeared at an emergency hearing before

the Court, where Defendants' counsel reiterated the Defendants' position, as set forth in the

Affidavit of Dr. Steven Descoteaux, that Plaintiffs may continue to receive medication assisted

treatment ("MAT") in doses determined by a qualified addiction specialist and in one case have

the option to restart MAT unless clinically contraindicated until a hearing on Plaintiffs' motion

for a Preliminary Injunction (*see also* D.I. 43);

WHEREAS, any supplemental briefing regarding the Preliminary Injunction from

Plaintiffs was due to be filed by January 9, 2020, any further responsive filing from the

Defendants is due to be filed by January 13, 2020, and a hearing on Plaintiffs' motion for

Preliminary Injunction is currently scheduled for January 16, 2020 (D.I. 46);

WHEREAS, counsel informed the Court that the parties were reaching an agreement that

would obviate the need for further preliminary injunction proceedings at this time and therefore

would not be filing additional papers on January 9, 2020;

WHEREAS, the Parties require additional time to determine whether further action

before the Court is necessary including any need for further Preliminary Injunction proceedings;

IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their

undersigned counsel, that:

(1) Defendants will, for the duration of Plaintiffs' incarceration in the custody of any

Defendants, continue to provide Plaintiffs with MAT unless clinically contraindicated;

(2) Defendants agree to provide immediate notice to Plaintiffs' counsel of any change in

Plaintiffs' MAT;

(3) Plaintiffs' pending requests to be seen by a medical provider shall result in an

evaluation and consideration of dosing within five business days of this filing.  Defendants will

ensure that the dosing of buprenorphine for each Plaintiff will be adjusted as needed based upon

Plaintiffs' individual medical needs and will not be subject to set dosing guidelines; and

(4) Defendants will ensure that, if any Plaintiff is prescribed a dose lower than the dose

he was prescribed immediately before entering DOC custody, he will receive, at the time of the

2

dosing decision, a copy of the medical recordkeeping documentation describing the medical reason for the prescribed dose;

Wherefore, the parties jointly respectfully request that the Preliminary Injunction proceedings be postponed until further notice; and that on or before February 14, 2020, the Parties will provide a joint status update to the Court regarding further proceedings in this matter.


SO STIPULATED:                                  Dated: January 10, 2020

By: */s/ Philip W. Silva*                        By: */s/ Alexandra D. Valenti*

    Philip W. Silva (BBO 548175)            Ira J. Levy (*Pro hac vice*)
    Supervising Counsel                     Alexandra D. Valenti (*Pro hac vice*)
    Department of Correction                Aviv A. Zalcenstein (*Pro hac vice*)
    Bridgewater State Hospital              Christine Armellino (*Pro hac vice*)
    20 Administration Road                  GOODWIN PROCTER LLP
    Bridgewater, MA 02324                   The New York Times Building
    Tel.: 508.279.4538                      620 Eighth Avenue
    philip.silva@massmail.state.ma.us       New York, NY 10018
                                            Tel.: 212.813.8800
    *Attorney for Defendants*               Fax: 212.355.3333
                                            ILevy@goodwinlaw.com
                                            AValenti@goodwinlaw.com
                                            AZalcenstein@goodwinlaw.com
                                            CArmellino@goodwinlaw.com

                                            Robert Frederickson III (BBO 670111)
                                            Marielle Sanchez (BBO 703897)
                                            GOODWIN PROCTER LLP
                                            100 North Avenue
                                            Boston, MA 02210
                                            Tel.: 617.570.1000
                                            Fax: 617.523.1231
                                            RFrederickson@goodwinlaw.com
                                            MSanchez@goodwinlaw.com

Matthew R. Segal (BBO 654489)
Jessie J. Rossman (BBO 670685)
Laura K. McCready (BBO 703692) (*Pro hac vice*)
American Civil Liberties Union
211 Congress Street
Boston, MA 02110
Tel.: 617.482.3170
msegal@aclum.org
jrossman@aclum.org
lmccready@aclum.org

*Attorneys for Plaintiffs Joseph Sclafani, Michael Feinstein, and Bret Cappola*

## <u>CERTIFICATE OF SERVICE</u>

I, Alexandra D. Valenti, hereby certify that on this 10th day of January 2020, the

Stipulation and Joint Request to Stay Preliminary Injunction Proceedings will be served onto

counsel for Defendants Carol A. Mici, Douglas eMoura, and Steve Silva by electronic mail to the

following email addresses: Philip.silva@massmail.state.ma.us (Philip Silva);

Stephen.Dietrick@doc.state.ma.us (Stephen Dietrick); Nancy.White@doc.state.ma.us (Nancy

White); John.Melander@state.ma.us (John Melander); and Susan.Terry4@state.ma.us (Susan

Terry).


Dated:  January 10, 2020                       Respectfully submitted,

                                               /s/ Alexandra D. Valenti
                                               Alexandra D. Valenti (*Pro hac vice*)
                                               GOODWIN PROCTER LLP
                                               The New York Times Building
                                               620 Eight Avenue
                                               New York, NY 10018
                                               Tel.:  212.813.8800
                                               Fax:  212.355.3333
                                               AValenti@goodwinlaw.com

                                               *Attorney for Plaintiffs Joseph Sclafani, Michael*
                                               *Feinstein, and Bret Cappola*