UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH SCLAFANI, MICHAEL FEINSTEIN, and BRET CAPPOLA,<br><br>Plaintiffs,<br><br>CAROL A. MICI, in her official capacity as Commissioner of the Massachusetts Department of Correction, DOUGLAS DEMOURA, in his official capacity as Superintendent of MCI-Cedar Junction, and STEVE SILVA, in his official capacity as Superintendent of MCI-Norfolk,<br><br>Defendants. | C.A. No. 19-12550 |

## JOINT STATUS REPORT

On December 19, 2019, Plaintiffs Bret Cappola, Michael Feinstein, and Joseph Sclafani initiated this action against defendant Carol A. Mici, Commissioner of the Massachusetts Department of Correction, defendant Douglas DeMoura, Superintendent of MCI-Cedar Junction, and defendant Steve Silva, in his official capacity as Superintendent of MCI-Norfolk. ECF No. 1. Plaintiffs alleged violations of the Eighth Amendment and the Americans with Disabilities Act, and sought declaratory and injunctive relief. *Id.* at 6–10, 13. That same day, Plaintiffs also filed a motion for a temporary restraining order and a preliminary injunction. ECF No. 9.

After an emergency hearing on December 23, 2019 the parties entered into discussions to determine whether the matter could be resolved without further court involvement. On January 10, 2020, the parties filed a stipulation and joint request to stay the preliminary injunction proceedings, and offered to provide the Court with a joint status update on February 14, 2020.

ECF No. 47.  The Court subsequently canceled the hearing on the motion for injunctive relief, and ordered the parties to file a joint status report by February 14, 2020.  ECF No. 48.

In the intervening weeks, the parties have had productive conversations.  The parties are still negotiating an agreement in an attempt to resolve the case in its entirety.  The parties agree that the terms of the joint stipulation (ECF No. 47) will still control as they continue to work to reach an agreement to resolve the case.  The parties respectfully request that the Court set a deadline for a further joint status report on February 21, 2020.

Dated:  February 14, 2020

By: */s/ Philip W. Silva*
Philip W. Silva (BBO 548175)
Supervising Counsel
Department of Correction
Bridgewater State Hospital
30 Administration Road
Bridgewater, MA 02324
Tel.: 508.279.4538
Philip.silva@massmail.state.ma.us

*Attorney for Defendants*

Respectfully submitted,

By: */s/ Alexandra D. Valenti*
Ira J. Levy (*Pro hac vice*)
Alexandra D. Valenti (*Pro hac vice*)
Aviv A. Zalcenstein (*Pro hac vice*)
Christine Armellino (*Pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eight Avenue
New York, NY 10018
Tel.:  212.813.8800
Fax:  212.355.3333
ILevy@goodwinlaw.com
AValenti@goodwinlaw.com
AZalcenstein@goodwinlaw.com
CArmellino@goodwinlaw.com

Robert Frederickson III (BBO 670111)
Marielle Sanchez (BBO 703897)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.:  617.570.1000
Fax:  617.523.1231
RFrederickson@goodwinlaw.com
MSanchez@goodwinlaw.com

Matthew R. Segal (BBO 654489)
Jessie J. Rossman (BBO 670685)

Laura K. McCready (BBO 703692)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
Tel.:  617.482.3170
msegal@aclum.org
jrossman@aclum.org
lmccready@aclum.org

*Attorneys for Plaintiffs Joseph Sclafani, Michael Feinstein, and Bret Cappola*