# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH SCLAFANI, MICHAEL FEINSTEIN, and BRET CAPPOLA,<br><br>Plaintiffs,<br><br>CAROL A. MICI, in her official capacity as Commissioner of the Massachusetts Department of Correction, DOUGLAS DEMOURA, in his official capacity as Superintendent of MCI-Cedar Junction, and STEVE SILVA, in his official capacity as Superintendent of MCI-Norfolk,<br><br>Defendants. | C.A. No. 19-12550-LTS |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs Joseph Sclafani, Michael Feinstein, and Bret Cappola and Defendants Carol A. Mici, in her official capacity as Commissioner of the Massachusetts Department of Correction; Douglas DeMoura, in his official capacity as Superintendent of MCI-Cedar Junction; and Steve Silva, in his official capacity as Superintendent of MCI-Norfolk (collectively, "Defendants"), hereby provide notice of settlement and move to dismiss this action as to the Defendants without prejudice, on the condition that the Court retain jurisdiction through December 31, 2020 to enforce the agreement, if necessary.

WHEREFORE the parties request the following:

1. That the Court retain jurisdiction through December 31, 2020 to enforce the settlement agreement, if necessary; and

2. Should the above provision be acceptable, that the Court dismisses the Complaint without prejudice.

Dated: February 28, 2020  Respectfully submitted,

Nancy Ankers White
Special Assistant Attorney General

By: */s/ Philip W. Silva*  By: */s/ Alexandra D. Valenti*
Philip W. Silva (BBO 548175)  Ira J. Levy (*Pro hac vice*)
Supervising Counsel  Alexandra D. Valenti (*Pro hac vice*)
Department of Correction  Aviv A. Zalcenstein (*Pro hac vice*)
Bridgewater State Hospital  Christine Armellino (*Pro hac vice*)
30 Administration Road  GOODWIN PROCTER LLP
Bridgewater, MA 02324  The New York Times Building
Tel.: 508.279.4538  620 Eight Avenue
Philip.silva@massmail.state.ma.us  New York, NY 10018
 Tel.: 212.813.8800
*Attorneys for Defendants*  Fax: 212.355.3333
 ILevy@goodwinlaw.com
 AValenti@goodwinlaw.com
 AZalcenstein@goodwinlaw.com
 CArmellino@goodwinlaw.com

 Robert Frederickson III (BBO 670111)
 Marielle Sanchez (BBO 703897)
 GOODWIN PROCTER LLP
 100 Northern Avenue
 Boston, Massachusetts 02210
 Tel.: 617.570.1000
 Fax: 617.523.1231
 RFrederickson@goodwinlaw.com
 MSanchez@goodwinlaw.com

 Matthew R. Segal (BBO 654489)
 Jessie J. Rossman (BBO 670685)
 Laura K. McCready (BBO 703692)
 American Civil Liberties Union
 Foundation of Massachusetts, Inc.
 211 Congress Street
 Boston, MA 02110
 Tel.: 617.482.3170
 msegal@aclum.org
 jrossman@aclum.org
 lmccready@aclum.org

*Attorneys for Plaintiffs Joseph Sclafani,
Michael Feinstein, and Bret Cappola*

## CERTIFICATE OF SERVICE

I, Alexandra D. Valenti, certify that this document filed through the CM/ECF system will be served on February 28, 2020 electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and by first-class mail, postage prepaid on those identified as non-registered participants.

          /s/*Alexandra D. Valenti*
          Alexandra D. Valenti